## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

THE PAPER YARD, on behalf )
of itself and all others )
similarly situated, )
)
     Plaintiff, )
)
vs. )
) CIVIL ACTION NO.:_____
)
ADVANTAGE HEALTHCARE, AMERILIST, INC., AUTAUGA BOTTLE WATER COMPANY, BLUE JAY, INC., CHELSEA MERCHANT SERVICES, INC., CLASSIC IMPRESSIONS, INC., MAIN LINE GRAPHIC EQUIPMENT, INC., MUTUAL BENEFIT FUNDING CORPORATION, OEM CONNECT, LTD., PRINTERS PARTS SUPERSTORE, SHIELDING STEEL, INC., SPINNAKER PRINTING, THOMAS LOYD, VISION LAB TELECOMMUNICATIONS, INC., WSSCR, INC., and FICTITIOUS DEFENDANTS 1-9, whether singular or plural, who have sent out unsolicited advertisements to telephone facsimile machines owned and/or operated by Plaintiffs, and/or all others similarly situated, in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227, )
)
     Defendants. )

*F I L E D*
*JUL - 5 2005*
*DAVID S. NIX, CLERK*
*BARBOUR COUNTY, ALABAMA*

## COMPLAINT

This is an action brought by Plaintiff, on behalf of itself and all others similarly situated, against Defendants for sending or causing to be sent out unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA") and the common law.

### PARTIES

1.    Plaintiff is a business entity headquartered in Eufaula, Alabama, where it maintains telephone facsimile machines.

2.    Defendant Advantage Healthcare is a business entity headquartered in Bellaire, Texas.

3.    Defendant AmeriList, Inc. is a corporation headquartered in Pomona, New York.

4.    Defendant Autauga Bottle Water Company is a corporation headquartered in Autaugaville, Alabama.

5.    Defendant Blue Jay, Inc. is a corporation headquartered in Las Vegas, Nevada.

6.    Defendant Chelsea Merchant Services, Inc. is a corporation headquartered in Canterbury, Connecticut.

7.    Defendant Classic Impressions, Inc. is a corporation headquartered in Oswego, Illinois.

8.    Defendant Main Line Graphic Equipment, Inc. is a corporation headquartered in Cranston, Rhode Island.

9.    Defendant Mutual Benefit Funding Corporation is a corporation headquartered in Santa Ana, California.

10.    Defendant OEM Connect, Ltd. is a corporation headquartered in Woburn, Massachusetts.

11.    Defendant Printers Parts Superstore is a business entity headquartered in Mooresville, North Carolina.

12.    Defendant Shielding Steel, Inc. is a corporation headquartered in Pompano Beach, Florida.

13.    Defendant Spinnaker Printing is a business entity headquartered in Boca Raton, Florida.

14.    Defendant Thomas Loyd is an individual residing in Sugarland, Texas.

2

15.     Defendant Vision Lab Telecommunications, Inc. is a corporation headquartered in Miami Beach, Florida.

16.     Defendant WSSCR, Inc. is a corporation headquartered in Dallas, Texas.

17.     The fictitious Defendants are various parties at present unknown to Plaintiffs.

18.     The use of "Defendants" in the following averments herein shall include all defendants, named and fictitious.

## BACKGROUND FACTS

19.     Defendant Advantage Healthcare has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "A" to be transmitted to Plaintiff's facsimile machine.

20.     Defendant AmeriList, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "B" to be transmitted to Plaintiff's facsimile machine.

21.     Defendant Autauga Bottle Water Company has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "C" to be transmitted to Plaintiff's facsimile machine.

22.     Defendant Blue Jay, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "D" to be transmitted to Plaintiff's facsimile machine.

23.     Defendant Chelsea Merchant Services, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "E" to be transmitted to Plaintiff's facsimile machine.

24.    Defendant Classic Impressions, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "F" to be transmitted to Plaintiff's facsimile machine.

25.    Defendant Main Line Graphic Equipment, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "G" to be transmitted to Plaintiff's facsimile machine.

26.    Defendant Mutual Benefit Funding Corporation has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "H" to be transmitted to Plaintiff's facsimile machine.

27.    Defendant OEM Connect, Ltd. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "I" to be transmitted to Plaintiff's facsimile machine.

28.    Defendant Printers Parts Superstore has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "J" to be transmitted to Plaintiff's facsimile machine.

29.    Defendant Shielding Steel, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "K" to be transmitted to Plaintiff's facsimile machine.

30.    Defendant Spinnaker Printing has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "L" to be transmitted to Plaintiff's facsimile machine.

31.    Defendant Thomas Loyd has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "M" to be transmitted to Plaintiff's facsimile machine.

32.    Defendant Vision Lab Telecommunications, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "N" to be transmitted to Plaintiff's facsimile machine.

33.    Defendant WSSCR, Inc. has caused (either directly or indirectly through a contractor, employee, or other) the unsolicited fax advertisements attached as Exhibit "O" to be transmitted to Plaintiff's facsimile machine.

34.    The subject fax advertisements were sent via facsimile transmission to Plaintiff without their prior express invitation or permission.

35.    Plaintiff alleges, on information and belief and based on the content of the fax, that the subject facsimile was part of a mass broadcast of unauthorized faxes.

36.    The subject facsimile was created in such a way that its receipt was particularly expensive to Plaintiff and other recipients.  The inclusion of bold graphics and enlarged bold headlines and words in the fax results in the consumption of unusually large amounts of toner or ink.

37.    By sending unsolicited faxes to Plaintiff and the class, and thereby shifting their advertising costs to Plaintiff and the class, Defendants converted to their own use toner and paper belonging to Plaintiff and the class.

## CLASS ALLEGATIONS

38.    Plaintiff brings this claim under Rule 23 of the Alabama Rules of Civil Procedure on behalf of a class consisting of all persons and/or entities having no

established business relationship with Defendants who were sent facsimiles of material advertising the commercial availability of any property, goods or services by or on behalf of Defendants and from whom Defendants did not seek and obtain prior express permission or invitation for the sending of such faxes, which were sent within four years of the date of service of the summons and complaint upon Defendants.

39.     The class is so numerous that joinder of all members is impracticable. While the exact number and identities of the class members are unknown to Plaintiff at this time, Plaintiff alleges on information and belief that there are more than 50 members of the class.

40.     Questions of law or fact exist arising from Defendants' conduct.  Such questions are common to all class members and predominate over any questions affecting only individual members of the class.  The myriad predominant questions of law or fact common to the class include, *inter alia*:

    (a)    Whether Defendants engaged in a pattern of sending unsolicited fax advertisements;

    (b)    The manner in which Defendants compiled or obtained their list of fax numbers;

    (c)    Whether the facsimiles sent by Defendants are material advertising the commercial availability of any property, goods, or services;

    (d)    Whether the acts of Defendants were "willful" or "knowing" as those terms are used in the 1934 Communications Act;

    (e)    Whether this Court has personal jurisdiction over Defendants;

    (f)    Whether this Court has subject matter jurisdiction over this action;

    (g)    Whether Defendants thereby violated the TCPA;

    (h)    Whether Defendants thereby committed the tort of conversion;

(i)      Whether Plaintiffs and the class are entitled to statutory damages.

41.    The claims or defenses of Plaintiff are typical of the claims or defenses of the members of the class, as they are based on the same legal theories and arise from the same wrongful events. Plaintiff has no interests antagonistic to the claims of the class, and Plaintiff will fairly and adequately protect and pursue the interests of the members of the class. Plaintiff's counsel has vast experience in consumer class cases and has previously been certified as class counsel. Plaintiff understands the nature of the claims herein, their role in these proceedings, have no disqualifying conditions, and will vigorously represent the interests of the class.

42.    A class action is maintainable and appropriate in this case because:

(1)      the prosecution of separate actions by or against individual members of the class would create risk of inconsistent or varying adjudications with respect to individual members of the class which would establish incompatible standards of conduct for Defendants.

(2)      Defendants have acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole, and,

(3)      questions of law or fact common to the members of the class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy. This class litigation is an appropriate method for the fair and efficient adjudication of the claims involved. The size of the expected recovery for an individual class member is not expected to be

substantial enough for any one class member to incur the costs and expenses of this litigation. There are no foreseeable difficulties likely to be encountered in the management of a class action.

## COUNT ONE
### (Violation of the Telephone Consumer Protection Act, 47 U.S.C. §227)

43.   Plaintiff realleges the foregoing allegations.

44.   At all times relevant to this Complaint, 47 U.S.C. § 227 was in full force and effect. The TCPA, 47 U.S.C. § 227(b)(1)(C) makes unlawful the "use of any telephone facsimile machine computer or other device to send an unsolicited advertisement to a telephone facsimile machine . . ." The term "unsolicited advertisement" means any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission." 47 U.S.C. § 227(a)(4). The TCPA further provides that:

(3) Private right of action. A person or entity may, if otherwise permitted by the laws or rules of court of a state, bring in an appropriate court of that state-

(A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation.

(B) an action to recover actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

(C) both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subsection (B) of this paragraph.

47 U.S.C. § 227(b)(3).

8

45.    Defendants' conduct violates the TCPA and Plaintiff and the class suffered damages in the form of consumed paper and toner as a result of receipt of the unsolicited faxes.

46.    Plaintiff and the class are entitled to statutory damages and, if the evidence shows the violation was willful, Plaintiff requests trebling of the damages.

## COUNT TWO
### (Common Law Conversion)

47.    Plaintiff realleges the foregoing allegations.

48.    By sending unsolicited faxes to Plaintiff and the class, and thereby shifting their advertising costs to Plaintiff and the class, Defendants converted to their own use toner and paper belonging to Plaintiff and the class.

49.    Prior to Defendants' sending of the unsolicited faxes, Plaintiff and the class owned and had an unqualified and immediate right to the possession of the paper and toner used to print the faxes.

50.    Through its wrongful conduct of sending the unsolicited and unauthorized faxes, Defendants appropriated to its own use the paper and toner used to print the faxes and used them in such a manner as to make them unusable.

51.    Defendants know or should have known that its appropriation of the paper and toner, thereby shifting its advertising costs to Plaintiff and the class, was wrongful and without authorization.

52.    Plaintiff and the class were deprived of the paper and toner, which could no longer be used for any purpose. Plaintiff and the class thereby suffered damages as a result of receipt of the unsolicited faxes.

9

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and the class pray for the following relief:

A.     an order certifying the class as set forth herein, with Plaintiff as class representative and its counsel as class counsel;

B.     a declaration that Defendants' conduct violates the laws as alleged herein;

C.     an order enjoining Defendants from further acts in violation of 47 U.S.C. § 227(b)(1)(C);

D.     an award of the full amount of statutory damages allowed under 47 U.S.C. § 227(b)(3), sustained by Plaintiff and the class for Defendants' violation of law, not to exceed $75,000 for each class member, exclusive of interests and costs;

E.     an award of attorneys' fees to class counsel based on the common fund/benefit doctrine and/or upon any applicable statute;

F.     an order awarding Plaintiff and the class costs and expenses against Defendants;

G.     granting such other or further relief as the Court may hold just and appropriate under the circumstances.

This, the ___1___ St̶h̶ day of J̶u̶n̶e̶ July 2005.


                                              Brian D. Hancock (HAN056)
                                              Attorney for the Plaintiff


**OF COUNSEL:**
**GARRISON SCOTT P.C.**
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336


**PLEASE SERVE THE DEFENDANTS BY CERTIFIED MAIL AT THE FOLLOWING
ADDRESS:**

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmeriList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

11

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Classic Impressions, Inc.
c/o Mario Correa
1045 West Belmont Avenue
Suite 200
Chicago, IL 60657

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Mutual Benefit Funding Corporation
c/o Anthony Paduano
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA 92707

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Printers Parts Superstore
c/o Ric Antinori
1249 River Highway
Suite D
Mooresville, NC 28117-9088

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

Spinnaker Printing
20920 Romita Trail
Boca Raton, FL 33433

Thomas Loyd
31 Victors Chase
Sugarland, TX 77479

12

Vision Lab Telecommunications, Inc.
1680 Michigan Avenue
Suite 1106
Miami Beach, FL 33139

WSSCR, Inc.
c/o Incorp Services, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

*Attention Business Owners and Individuals:*

# *Finally* **Affordable Healthcare For The Entire Family**



## *Hurry - Prices Only Good Thru Friday!!*

### **Guaranteed Monthly Rates Will NEVER Increase!**

# $99.95 *a month*

*Including:*

*Maternity*
*Visions & Dental*
*Accidental Injury (Emergency Room)*
*PPO Hospital Network (Over 3,500 Hospitals)*
*PPO Physician's Network (Over 500,000 Doctors)*
*Prescription Program (Walmart, Eckerds, Etc)*
*Hearing Plan*
*24 Hour Toll Free Health Hotline*

*All Pre-existing Conditions*

*No Limitations On Usage*

*No Age Restrictions*

*Cannot Be Singled Out*

# **Call Now to Reserve: (866) 802-0004**

*Association savings plan – an alternative to traditional health insurance*

To Be Removed From our Opt-In List, Please Call 1-888-645-0530. We Apologize For Any Inconvenience.

# STOP PAYING TOO MUCH FOR MAILING LISTS!

AmeriList, Inc is a leading provider of turn key data solutions. We offer all the demographics you currently use, **PLUS MORE!**

Select from over 230 Million Households and 14 Million Businesses

95% deliverability guaranteed!
Cass Certified

All files are updated monthly
DNC compliant phone numbers

New Movers
Mortgage Data
Age, Income, Interestes

New Businesses
Business Type
Job titles, Business Size

And thousands more selections!

# CALL NOW AND START SAVING UP TO 50%ON YOUR LIST

# 800-457-2899

Email: sales@amerilist.com
Or visit our website at www.amerilist.com



*AmeriList* — *Addressing Your Needs*™

TO BE REMOVED FROM OUR FAX LIST PLEASE CALL 866-209-3704

# DESIGNER LABELED BOTTLED WATER



**SHIPPED OVERNIGHT**

Your Logo Here — 12oz.

Your Logo Here — 16oz.

Your Logo Here — 20oz.

**Other sizes available**

Our custom and personalized Water Bottle Labels are ideal for all occasions and are customized just for you.

We specialize in all themes including Political Events, Weddings, Birthdays, Sports Events, 5K or 10K Races, Fund Raisers, Business Promotions, Trade Shows, Conferences and more!

Our Designer Label Water adds a special and unique touch to any event.

Our Labels are printed with a high quality color laser printer and the finest paper. Our printed products are vivid, crisp and clear.

Once we create your Custom Labels we apply them to your bottles and prepare your order for shipping.

We specialize in all themes including Political Events, Weddings, Birthdays, Sports Events, 5K or 10K Races, Fund Raisers, Business Promotions, Trade Shows, Conferences and more!

# 334-358-8293

**Minimum order 6 cases (24 per case)**

We have you listed as a customer, if you would like to be removed from our list call 1-866-568-0939

# Rescue 911

## Aerosol Instant Roof Patch

### Spray It On, Walk Away... You're Done! No More Leaks!

**\*\*ORDER FORM\*\***

☐ 24 aerosols per case @ $16.98 per can

☐ 36 aerosols per case @ $15.98 per can

☐ 48 aerosols per case @ $14.98 per can
(check one)

**Available Colors**

☐ Aluminum Metalized   ☐ Black   ☐ White
(Fill in how many cases of each color you want to order)

Your Name_____

Company Name_____

Address_____

City_____State_____Zip_____

Phone_____Fax_____

PO#_____

*Revolutionary new product for the new millennium! Will adhere to any roof by spraying on, Rescue 911 will provide years of care free protection.*

## Areas of Use:

*COMMERCIAL ROOFS
*RESIDENTIAL ROOFS
*CHIMNEYS
*DOWNSPOUTS
*MOBILE HOMES
*GUTTERS
*TRUCK TRAILERS

## Advantages:

*Easy to apply (Spray on)
*Totally Waterproof
*No Hexane
*No CFC's
*Stays Flexible
*Will not freeze or crack
*Will not sag
*Seals out rust and corrosion
*Long lasting and will not peel

**Blue Jay, Inc.**
4550 Ziebart Place
Las Vegas NV 89103
E-Mail us at BlueJayInc@AOL.com

**For Fast Service**
Call or Fax Your Order In Today!!!
1-800-334-3528
Fax # 702-948-6008

-To have your fax number removed from our database, Call 1-877-817-3628

# Attention Retail & Restaurant Owners

Over 125 Styles To Choose From

A Gift For You

Back of Card

## Electronic Gift Cards Are Now Available For Your Business!

Now, your business can look and function like a large retail chain store or restaurant with electronic Gift Cards.

More importantly, electronic gift card programs replace paper gift certificates with magnetic stripe eliminating most administrative and accounting costs.

Don't be fooled by cheap plastic imitations, there is real POWER in the Magnetic Stripe!

### No Start-Up Cost — What Could Be Easier?

To access our electronic gift card system, all you need to do is to open a CMS Merchant Account, we'll reprogram* your current terminal and create your custom printed gift cards. It's just that simple!

Find out how our Gift Card program can enhance your profits, increase your sales, and create repeat sales for your business. Plus, lower your processing rates too!

For more information please call toll free:

## 1-800-704-2594

*If you own a Lipman Nurit 2085, 2085+, 3020 terminal or a Hypercom T7P, T77 and T7 Plus terminal you will NOT need a new terminal as we can reprogram your current termianl.

*Key Findings From 2003 Holiday Spending Survey*
- 35% will likely purchase three or more gift cards in 2004
- 16% will purchase six more gift cards in the '04 holiday season
- The more one tends to spend on gifts, the more likely they are to buy gift cards
- Department and specialty store gift cards are the choice gift for 52% of Americans.

*Gift Cards Increasingly Popular*
As to what Americans are giving this year, gift cards are gaining in popularity. Most said they'll select at least one gift card for family or friends, and 35% plan to give three or more gift cards. This is up slightly from last year's reports.

You are receiving this fax promotion because your company gave permission to receive business related offers or services via fax from affiliated sources. To be REMOVED from our list please call toll free 1.888.211.4849. Removals are competed within 48 hours. Thank you.




# Free Motifs are Back...

*Take advantage of our FREE MOTIF special by helping your customers to create their own unique gifts, personal stationery and party napkins.*




## Normally a $15 value, February 1, 2005 through April 15, 2005 you may add a motif to any item for FREE!

*Choose from over 120 embossed motifs to express your personality, love, hobby, graduation, birth of baby, wedding, occupation...*




### Check-out the newest motifs available at

### www.classicstationery.com/motifs

*Any one of our embossed motifs may be added above, below, to the right, or to the left of your name, initials or monogram.*



Classic IMPRESSIONS

150 Kendall Point Drive • Suite B • Oswego, Illinois • 1-866-326-3182



# MAIN LINE
### GRAPHIC EQUIPMENT, INC

999 Pontiac Avenue ♦ Cranston, RI 02920 ♦ Phone 401/461-4747 ♦ Fax 401/461-4848

Main Line carries the largest inventory of late model pre-owned Komori presses in our state of the art refurbishing facility.

**1993 Komori L628**, 6/C 28", Semi-APC, AMR Automatic Make Ready, PQC Console, Komorimatic Dampening, Auto Ink Roller / Blanket / Impression Wash, Water Chilled Vibrators, IR Drying System, 58ml

**2000 Komori L540 + Coater**, 5C 40", Full-APC, PQC Console, Plate Cocking, KMS IV, Komorimatic Dampening, AMR Automatic Make Ready, Auto Ink Roller / Blanket / Impression Wash, Tower Coater with Anilox Roller, Ext Delivery, IR Drying System, 73ml

**1998 Komori L528 + Coater**, 5/C 28", Semi-APC, PQC Console, Komorimatic Dampening, Auto Ink Roller / Blanket Wash, Tower Coater, Ext Delivery, IR Drying System, 50ml

**1998 Komori L528 + Coater**, 5/C 28", PQC Console, Komorimatic Dampening, Tower Coater, Ext Delivery, IR Drying System, Refurbished, New Rubber Rollers, 47ml

**2001 Komori L440 + Coater**, 4C 40", Full-APC, PQC Console, Plate Cocking, KMS IV with CIP 3 Interface, PDC-S, Komorimatic Dampening, AMR Automatic Make Ready, Auto Ink Roller / Blanket Wash, Tower Coater, Ext Delivery, IR Drying System, 38ml

**1996 Komori L440 P**, 4C 40", Automatic Convertible Perfector (4/0, 2/2), Semi-APC, AMR Automatic Make Ready, New Komorimatic Dampening, Auto Ink Roller / Blanket / Impression Wash, IR Dryer, Refurbished, New Rubber Rollers, 89ml

**1999 Komori L428 + Coater**, 4/C 28", Semi-APC, PQC Console, Komorimatic Dampening, Auto Ink Roller / Blanket Wash, Tower Coater, Ext Delivery, IR Drying System, 30ml

**2004 Komori Spica 426P**, 4C 26", PQC Console, Automatic Convertible Perfector (4/0, 2/2), Automatic Plate Changing, Komorimatic Dampening, Auto Blanket Washing, CIP4 Ready, 2ml

**1994 Komori L426**, 4/C 26", PQC Console, Komorimatic Dampening, IR Drying System, 37ml

**1988 Komori L426**, 4/C 26", Komorimatic Dampening, IR Drying System, $80,000.00

Visit our web site at **http://www.mlge.com** to check out our complete list of inventory and available presses. E-mail info@mlge.com

* If you received this fax in error or wish to be removed from the list, please call 1-877-509-0484. Enter "fax ID" number 1736 and your fax number. *

# CUT YOUR HOUSE PAYMENT IN HALF!

$200,000 LOAN
Pay only $500 a month

$300,000 LOAN
Pay only $750 a month

$1,500,000 LOAN
Pay only $3,750 a month

## 3.50% Interest Only

## 5.50% 30 Year Fixed*
*subject to change

+ Previous Bankruptcy OK!
+ W-2 or Self Employed OK!
+ Loan Amounts Up to $4 Million

+ Slow Credit OK!
+ 107% Purchase
+ 125% Refinance

Applies to Purchase or Refinance!

## Hurry! Lowest Rates in Years!
## Consolidate Second Mortgages & Pay Credit Cards Off Now!
## Take Equity Out of Your Home While You Still Can!

☑ **YES**

I am interested in:

☐ Refinancing my current mortgage loan

☐ Consolidating my debts

☐ Purchasing a new home

Name: _____

Current interest rate/term: _____

Loan amount requested: _____

Home phone: _____

Cell or work phone: _____

Best day/time to call: _____

Comments: _____

## FILL OUT AND FAX BACK TO: 1-866-220-0414

If you wish to be removed from our fax database, please call toll free 1-800-291-8674. Ref. 533492
or go to www.nomorefax.com and enter your fax number and adcode 10265.

# CUT YOUR HOUSE PAYMENT IN HALF!

$200,000 LOAN
Pay only $500 a month

$300,000 LOAN
Pay only $750 a month

$1,500,000 LOAN
Pay only $3,750 a month

**3.50%** Interest Only

**5.50%** 30 Year Fixed*
*subject to change

- Previous Bankruptcy OK!
- W-2 or Self Employed OK!
- Loan Amounts Up to $4 Million
- Slow Credit OK!
- 107% Purchase
- 125% Refinance

Applies to Purchase or Refinance!

## Hurry! Lowest Rates in Years!
## Consolidate Second Mortgages & Pay Credit Cards Off Now!
## Take Equity Out of Your Home While You Still Can!

☑ **YES**

I am interested in:

❑ Refinancing my current mortgage loan

❑ Consolidating my debts

❑ Purchasing a new home

Name: _____

Current interest rate/term: _____

Loan amount requested: _____

Home phone: _____

Cell or work phone: _____

Best day/time to call: _____

Comments:

## FILL OUT AND FAX BACK TO: 1-866-220-0414

If you wish to be removed from our fax database, please call toll free 1-800-291-8674, Ref. 533492 or go to www.nomorefax.com and enter your fax number and adcode 10265.

# CUT YOUR HOUSE PAYMENT IN HALF!!

♦ Pay only $500 a month on a $200,000 loan
**or**
♦ Pay only $750 a month on a $300,000 loan
**or**
♦ Pay only $3,750 a month on a $1,500,000 loan

| | |
|---|---|
| **3.00% Interest Only** | **5.25% 30 Year Fixed***<br>* Subject to change. |

♦ **Previous Bankruptcy OK!**
♦ **W-2 or Self Employed Ok!**
♦ **Loan amounts up to $4 million**

♦ **Slow Credit Okay!**
♦ **107% Purchase**
♦ **125% Refinance**

**Applies to Purchase or Refinance**

**Hurry!  Lowest Rates in Years
Consolidate Second Mortgages & Pay Credit
Cards Off Now!  Take Equity Out of Your Home
While You Still Can**

---

☑ **YES**
I am interested in

☐ Refinancing my current mortgage loan

☐ Consolidating my debts

☐ Purchasing a new home

Name: _____

Current interest rate/term: _____

Loan amount requested: _____

Home phone: _____

Cell or work phone: _____

Best day/time to call: _____

Comments: _____

## FILL OUT AND FAX BACK TO: 1-866-208-0602

---

If you wish to be removed from our fax database, please call toll free 1-800-291-8674.  Ref. 473810
or go to www.nomorefax.com and enter your fax number and adcode 10063.

TO: PEAK PRINTING CO Fax:7346870884
From: 7819351444    Mon Nov 22 18:00:00 2004

 

## ATTENTION: PEAK PRINTING CO



# GET CASH !!!



# SELL US YOUR SURPLUS COPIER, FACSIMILE AND PRINTER SUPPLIES!

  

Please take an inventory and fax us a list of your OEM (original equipment manufacturer) and compatible toners, developers, cartridges, and drums. We will fax you a quote today!

**PLEASE FAX LIST TO: (781) 935-7444 or EMAIL: info@oemconnect.com**

| Quantity | Brand | Product Code | Description | Quote |
|----------|-------|--------------|-------------|-------|
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |
|          |       |              |             |       |

Company Name: _____  Contact Name: _____
Address: _____
Phone: _____  City: _____  State: _____  Zip: _____
Fax: _____  Cell: _____

## WE PAY FOR SHIPPING!!!

If you received this fax in error or would like to have your fax number removed, please call (800) 440-6781.

32A Holton St. Woburn, MA 01801
Ph: (781) 935-2255 ☐ Fax: (781) 935-7444
www.oemconnect.com

WFx112204PR



# Year End Blanket Blowout!

**Printers Parts Superstore**

**1-800-809-0841**

704-799-2300

Fax: 704-799-2306

| Part # | | List Price | 6 Lot Price |
|---|---|---|---|
| **AB DICK** | *Order in lots of 6 - OK to Mix Match* | | |
| WBL-350 | 15-3/16" X 10" Serrated 3 Ply Vulcan compressible blanket For AB Dick 350 | | |
| WBL-360 | 18-1/2" X 10-5/8" 3 Ply Vulcan compressible blanket for AB Dick 360-8805 | 19.12 | 12.95 |
| WBL-360W | 18-1/2" x 11"  3 Ply Vulcan compressible blanket for  AB Dick 360-8805 | 24.74 | 16.98 |
| WBL-375 | 18-1/2"x 12-3/4" 3 Ply Vulcan compressible blanket For AB Dick 375 | 25.62 | 17.20 |
| WBL-385 | 18-3/4" x 22-5/8" 3 Ply Vulcan compressible blanket For AB Dick 385 | 29.88 | 19.95 |
| WBL-9800 | 19-3/16" x 12-5/8" 3 Ply Vulcan compressible blanket for AB Dick 9800 | 53.40 | 44.90 |
| WBL-9880 | 19-1/4" x 22-3/4" 3 Ply Vulcan compressible blanket for AB Dick 9880 | 30.49 | 22.10 |
| | | 47.85 | 37.85 |
| **CHIEF** | *Order in lots of 6 - OK to Mix Match* | | |
| WBL-15 | 15-3/6" X 10" 3 Ply Vulcan compressible blanket For Chief 15 | | |
| WBL-17 | 18-9/16" X 10-31/32" 3 Ply Vulcan compressible blanket For Chief 17 | 21.41 | 12.41 |
| WBL-2217 | 19-13/16" x 12-5/8" 3 Ply Vulcan compressible blanket For Chief 2215/2217/2117/Superchief | 25.63 | 15.36 |
| | | 31.49 | 25.19 |
| **DAVIDSON** | *Order in lots of 6 - OK to Mix Match* | | |
| WBL-D500 | 16" x 10" 3 Ply Vulcan compressible blanket For Davidson 500 | | |
| WBL-D600 | 13-3/16" x 17-1/4"  3 Ply Vulcan compressible blanket For Davidson 600 | 22.49 | 17.44 |
| WBL-D700 | 16" x 17-1/2" 3 Ply Vulcan compressible blanket For Davidson 700 | 28.63 | 22.50 |
| WBL-D700-233 | 16" x 17-1/4" x 2 Ply Vulcan compressible blanket For Davidson 700/233 | 31.55 | 23.34 |
| WBL-D901 | 16-1/16" x 19-3/4" 3 Ply Vulcan compressible blanket For Davidson 901 | 37.74 | 30.19 |
| | | 39.93 | 31.94 |
| **HAMADA** | *Order in lots of 6 - OK to Mix Match* | | |
| WBL-H500 | 16-1/2" x 10" 3 Ply Vulcan compressible blanket For Hamada 500 | | |
| WBL-H500CDA | 16-1/2"  x  11-7/8" 3 Ply Vulcan compressible blanket For Hamada 500cda | 24.43 | 14.43 |
| WBL-H600 | 19-1/8" x 12" 3 Ply Vulcan compressible blanket For Hamada 600 | 27.62 | 17.90 |
| WBL-H601 | 19-3/8" x 12-3/8" 3 Ply Vulcan compressible blanket For Hamada 601/602/611/612 | 30.95 | 23.10 |
| WBL-H611 | 19-1/2" x 12" 3 Ply Vulcan compressible blanket For Hamada 611/612 | 30.18 | 24.11 |
| WBL-H700 | 16-1/2" x 18" 3 Ply Vulcan compressible blanket For Hamada 700 | 29.45 | 19.95 |
| WBL-H770 | 16-1/2" x 18-3/8" 3 Ply Vulcan compressible blanket For Hamada 770 | 37.38 | 27.95 |
| WBL-H800 | 16-11/32" x 20-1/4" 3 Ply Vulcan compressible blanket For Hamada 800 | 38.16 | 30.52 |
| WBL-H-E47 | 16-1/2" x 18-3/8" 3 Ply Vulcan compressible blanket For Hamada E-47 | 42.95 | 33.83 |
| | | 38.16 | 30.52 |
| **MULTILITH** | *Order in lots of 6 - OK to Mix Match* | | |
| WBL-1250-OS | 15-3/16" X 10" Serrated   3 Ply Vulcan compressible blanket For Multilith 1250 os | | |
| WBL-1250-LD | 16-1/16" X 10"  Serrated 3 Ply Vulcan compressible blanket For Multilith 1250 LD os | 18.95 | 12.95 |
| WBL-1250-O | 15-1/16" x 10-5/8"  Serrated 3 Ply Vulcan compressible blanket For Multilith 1250 mid | 20.22 | 16.17 |
| WBL-1250W-LD | 16-1/16" X 10-5/8" Serrated   3 Ply Vulcan compressible blanket For Multilith 1250 mid | 20.15 | 16.12 |
| WBL-1250 | 18-1/2" x 10-5/8" Serrated 3 Ply Vulcan compressible blanket For Multilith 1250 | 21.49 | 17.19 |
| WBL-1250W | 18-1/2" x 11"  3 Ply Vulcan compressible blanket For Multilith 1250w | 24.74 | 15.16 |
| WBL-1360 | 18-7/16" X 12-5/8" 3 Ply Vulcan compressible blanket For Multilith 1330/1650 | 24.75 | 16.98 |
| WBL-1850 | 16-1/16" X 17-5/8" 3 Ply Vulcan compressible blanket For Multilith 1850/1860 | 28.95 | 19.25 |
| | | 35.64 | 21.36 |

**Order in lots of 6 for GIANT discounts!**

# For blankets not listed here, visit our website:
# www.PrintersParts-NC.com

If you would like to be removed from this list, please call 800-440-5933 Ext. 28370.

# Factory Unclaimed Buildings

## Crated with drawings



## Current sizes available

**30 x 50        40 x 75        50 x 100**

## Call 1-800-228-9170

## Ask for Richard ext.275

# Shielding Steel

If you wish to have your fax number removed from this list, please call (800) 420-0685 and enter list # 203.

**SAFETY ALERT!** We've seen it before – Big Business and Powerful Government Interests Colluding in a High-Stakes Conspiracy to Confuse, Mislead and Obfuscate in a Game of Deceit to Protect Multi-Billion Dollar Corporate Profiteering. Asbestos, Agent Orange, Silicon Breast Implants, the Tobacco Industry, and most recently, Vioxx and the Greed of the Giant Corporate Drug Makers have Violated the Trust – and Health of the American Public. But even as you read this, Lines are being Drawn in a New Battleground over a Public Health Scandal that may Rock the Consumer Electronics Industry to the Core in a way that would even have Big Tobacco Running Scared. However this Battle plays out, the Most Important thing you can do today is Protect yourself from the Undisclosed Dangers of Cancer Causing Radiation being Emitted by an Important but Hazardous Tool you use every day – Your Cellular Phone!

# WALL STREET WHISPER

| | | | |
|---|---|---|---|
| **Company:** | **Claremont Technologies, Inc.** | **Stock Symbol:** | **CTTG** |
| **Recommendation:** | STRONG BUY | **Recent Price:** | **$0.99** |
| | Website: www.claremonttechnologies.com | | |

When it comes to fighting cancer, one of the most feared of all diseases and a leading cause of deaths worldwide, BILLIONS of dollars have already been spent on everything from prevention to treatment, still cancer takes countless lives every year – and we are all still at risk. To make matters worse, devices that make our day-to-day lives more convenient are now being shown to increase that risk. Worse yet, manufacturers of these devices and their well-paid lobbyists vehemently deny that regular use of these devices may in fact be a significant cause of a variety of health problems, despite a mounting body of evidence proving that the danger is real.

But there is a Company that has developed a technology that has been demonstrated to eliminate the very source of what many researchers have said could already be causing cancers to form in you, your family, and just about everyone else you know, and besides just saving lives, this new product might also make you rich. The product we are talking about is the Safe Cell Tab developed by Claremont Technologies (OTCBB: CTTG). The Safe Cell Tab that relies on technology first pioneered by NASA to protect astronauts from hazardous electromagnetic frequencies (EMF) like microwaves in space. This tiny device that attaches to all makes and models of electronic devices that emit EMF, effectively eliminates the extremely harmful radiation before it can reach your body and cause permanent damage.

Countless studies have shown that prolonged exposure to EMF can cause Alzheimer's, infertility, miscarriages, elevated blood pressure, DNA damage, ALS, immune system disorders, headaches, fatigue, and other ailments. Still, we unknowingly expose ourselves to EMF every day when we use cell phones, cordless phones, laptops, PDA's and other devices that have become so common. But you don't have to take our word for it. Scientists across the globe have been warning us about the dangers for years. So, what is the solution? CTTG's Safe Cell Tab has been certified by independent labs to eradicate cancer-causing radiation from the dangerous, but necessary everyday tools of our lives.

But how can this make you rich? It's simple. Since CTTG has just launched its Safe Cell Tab marketing program and its technology is just coming to the forefront, the company's stock has not shot up yet, i.e. **You can still get in on the ground floor.** But not for long!! If this plays out like most expect it to, mobile phone makers could be the first major mass purchasers of CTTG's technology, potentially equipping every single new phone with a Safe Cell Tab very soon. With only 25 million shares issued and outstanding and the majority of those under restriction and held in the hands of company insiders, this stock may explode when the word gets out. That means there is no time to waste - this one is still below the institutional radar screen – but for how long?

There are already 630 MILLION mobile phones in the use worldwide today and that number is growing by 15-20% annually. Most cell phones in America are replaced every 12-18 months on average. That means that hundreds of millions of new phones must be manufactured every year in order to keep up with demand. And, if the cell phone industry adopts CTTG's technology – the only real option at this point to protect its users – those lucky enough to own CTTG stock before it skyrockets could become very, very wealthy.

How high can CTTG go? Could it experience a 100, 200 or even 500% increase in a year? Of course. All it takes is for the cellular industry to begin the adoption of the technology, and that could happen any day now. If you are tired of sitting on the sidelines, watching your investments grow by single digits or worse yet, losing money, now is the time to take action.

If you have received this fax in error & would like to be removed from our list permanently, please dial: 1-800-490-8656

Forward-looking statements contained in this newsletter are made under the Safe Harbor Provision of the Private Securities Litigation Reform Act of 1995. Any such statements are subject to risks and uncertainties that could cause actual results of events to differ materially from those anticipated in such forward looking statements. Undervalued Stocks has received two hundred nineteen thousand, nine hundred sixty five dollars from Waterfall International Ltd. (WI) for the production and distribution of this newsletter. WI may own a non-controlling share of CTTG and reserves the right to sell their shares at any time without prior notice. This profile is not an offer to buy or sell any securities mentioned herein. While the publisher believes all sources of information to be factual and reliable, in no way does it represent or guarantee the accuracy thereof, nor the statements made herein and have made no independent verification of the facts, assumptions and estimates contained in this newsletter. The user assumes all risk as to the accuracy and the use of this document. Always consult a professional investment advisor before making any purchase. For further details concerning risks and uncertainties, please request additional information directly from the company featured above or the SEC filings of the company including the company's most recent annual and quarterly reports.

# 2004

# WALL STREET

ISSUE : 012011

## URGENT NEWS ALERT

November 2004

# IMCG reported positive earnings three quarters ahead of schedule!

| | |
|---|---|
| Symbol | IMCG |
| Shares Outstanding(est.). | 20,000,000 |
| Float (est.) | 5,000,000 |
| 52 Week High/Low | 4.40 - .30 |
| Target | 3 Dollars |
| Rating | STRONG BUY |
| To be removed: | 1-866-490-0551 |

Five years ago a little car company trading around **$2.00 per share with .03 cents earnings per share** was trading un-noticed and undervalued. This little stock has been as high as **$40.00 a share and now has a market value of 3 billion dollars. This could have been over 1,000% on this trade alone.**

*A $5,000 investment in this company would have grossed $100,000 in a very short time*

### IMCG: IS HISTORY REPEATING ITSELF!?!

Had you told me this would be the case, I would have fell out of my chair laughing, but Car-Max has been there done that, and they are laughing all the way to the bank, driving in a Car-Max car on the road of success.

Look Familiar? **IMCG** has the look of a **hot opportunity** and with results like this the street is going to take notice. At $.50 cents per share this stock is undervalued and deserves your attention. THIS IS THE RIGHT TIME. Lock in your profits and get ready to step on the gas

According to most industry standards this stock should be trading in the $2.00 to $2.50 cents per share range right now (it HAS traded as high as $7 in the past year! **This could be another 500% gain for you this year.**

According to the filings there are less than 20 million total shares outstanding and a very small float of less than 5 million, which means the company could have *significant* appreciation once it gets noticed. Plus, the company financials do not contain any filings that would leave me to believe there is any dilution other than what exists in the float already.

Intelligent Motor Cars Group, Inc. (**OTCBB:IMCG**), recently announced plans to increase cash sales and their wholesale operation. Plus management recently reported that the Company continues to look for new retail dealer locations.

This is how it all begins, this is what transforms a small company into something we all dream about being a part of, this is your chance to get into a real ground floor opportunity that is not just hype. History repeats itself over and over again, in the market we count on it. **IMCG** has revenues of just under $10 million, quarterly profits, and twice in 2004 the Company reported positive per share earnings. **IMCG** has a strategy to grow by sales and acquisitions, and the Company growth continues to meet (and beat!) all expectations.

I have been writing to all of you about companies for years with many successful trades, and profiles. I believe this one has the goods to go to the next level.

Wallstreet-2004, Publishes reports on select companies that W2004 believes have investment potential. W2004 is not a registered investment advisor or broker dealer. This report is provided as an information service only, and the statements and opinions in this report should not be construed as an offer to buy or sell any securities W2004 accepts no liability for any losses occurring from the use of this report you could lose all of your money. W2004 is paid fifty thousand dollars for research and distribution of this report by SCG. W2004 or SCG will not buy or trade shares in the open market at any time during or around the time this report is published. WSTPR owns no shares to date and will not buy any in the market SCG owns restricted shares . This report contains forward looking statements which involve risks and uncertainties to that may cause actual results to differ from those set forth in these statements. For further details concerning risks and uncertainties please contact your advisor IMCG Copyright 2001 TO BE REMOVED 1-800-490-0551

# ENERGY TRADERS REPORT - Investor Alert -

November 2004, Issue 18, vol 9

| | |
|---|---|
| Symbol Pink Sheet: | **EOGI** |
| Recent Price: | **$0.23** |
| Short Term Target: | **$1.55** |
| **Price Trend: Upward** | |

## STRONG BUY

## - BREAKING NEWS - EOGI signs letter of intent for 50% working interest in nearby oil and gas well.

### "Oil well turned Natural Gas well could flow millions of cubic feet of gas per day."

Emerson Oil & Gas holds a 50% working interest the W.T. Davis Well and lands within Township North and Range 13 West of Bossier Parish, Louisian The company strongly feels that there is enormo opportunity in producing the natural gas that available in this deep well. **Neighboring wells a producing from a half million to 3 million cub feet of gas per day.** The Company has now receive recommendation from its operator that it shou move into production on the well as a Natural Ga producer.

*"Operator recommends going into production on wel*

*"Neighboring wells are producing from a half milli to 3 million cubic feet of gas per day."*

With earth's dwindling supply of fossil fuels and a rising global demand for energy, **investors are now looking at the bull market of a lifetime.** Already shares in the oil and gas sector are rising faster than the overall market. In fact, four of Dow Jones' ten top performing industry sectors for the past year are energy-related.

### "Natural Gas Seems Headed the Way of Oil: More Demand, Less Supply, Higher Cost"

*New York Times -Aug 20, 2004*

### "Report warns on soaring natural gas prices."

*Financial Times – July 2004*

Of course, the longer the bull market in energ continues, the harder it will be to find undervalue energy stocks. In fact, it may not be too long befo finding a cheap oil or gas stock will be as difficult finding an under-priced tech stock in the boom 1999.

Emerson Oil and Gas is a company poised to capitalize on the current world market price of oil and gas. This booming market has created new opportunities to bring proven undeveloped reserves, onstream with very little downside risk the company. Emerson's primary operating philosophy is to utilize the most current technology available to develop low risk, high ield, underdeveloped oil and gas reserves. This approach will enable Emerson to capitalize upon reviously discovered and producing properties ith known reserves that had not been ompletely exploited due to market conditions.

merson will continually look to get involved with w risk projects that maximize shareholder lue. This will be accomplished by pursuing hievable payzones and avoiding wildcat or ploratory type ventures. Emerson will rticipate in turn key operations minimizing the ed for high cost equipment purchases and if cessary cost effectively outsource some aspects labour. With the worldwide focus on energy eds being front and center in the public eye, erson feels that with it's first class anagement and discretionary project choices, a company will continue to serve it's areholders well.

### ergy – Bull Market of the Decade

h energy prices continuing to soar, demand ntinuing to rise, and supplies continuing to decrease re has never been a better time to invest in energy . As you may already know, and many analysts dict, the Energy sector is shaping up to be the bull ket of the decade.

Energy Traders Report (ETR) publishes reports providing information on selected companies. ETR is not a registered investment advisor or broker-dealer. This report is provided as an information service only, and the statements and opinions in this report should not be construed as an offer or solicitation to buy or sell any security. ETR accepts no liability for any loss arising from an investor's reliance on or use of this report. An investment in EOGI is considered to be highly speculative and should not be considered unless a person can afford a complete loss of investment. BFL Enterprises has received $50,000.00 from a non-affiliated third party, for the publication and circulation of this report. This report contains forward-looking statements, which involve isks, and uncertainties that may cause actual results to differ materially from those set forth in the forward-looking statements. Copyright 2004 by ETR. All ights reserved.

**To be removed from our fax list database** please call **1- 888-820-6354**



# MicroTech Trader



### "News You Can Use About Small-Cap Technology Companies On The Move"

## VIYYA TECHNOLOGIES (Pink Sheets: VYON)

### *Software Could Revolutionize Web Data Management!*

| Viyya Technologies, Inc. (Pink Sheets: VYON) | |
| --- | --- |
| Recent Price: | $0.10 |
| Total Outstanding Shares: | 70,869,926 |

November 18, 2004

*MicroTech Trader* regularly combs the market in search of innovative, small-cap technology companies to bring to the attention of our readers.

#### THIS WEEK'S PICK

This week, we have identified another such company poised for incredible growth over the next few months: **Viyya Technologies (Pink Sheets: VYON)** is a technology company that has developed, and is positioned to market, what may be the world's most advanced, web-based information management application.

#### SET FOR NOVEMBER LAUNCH

VYON's flagship product suite, to be branded as a *Virtual Internet Assistant*, manages disparate information from the Internet, newsgroups, email, other databases, corporate intranets, and third-party feeds by fully automating the process of collecting, processing and storing data relevant to the user. *VYON has announced a November timetable for the product's rollout.*

VYON gives Internet users the ability to retrieve filtered content from any web-based source, determine the relevancy of that information, and then have it processed or archived for use.

For additional VYON info, visit www.viyya.com.

#### VIYYA™ IMPROVES PRODUCTIVITY

VIYYA™ expedites daily research and provides scheduled and automated analysis of multiple Web locations. Captured data is displayed and saved in styles convenient to the user's daily routine, and stored for future search and retrieval as the user directs. *This feature combination does not exist in any other product on the market today.*

The technology reduces time spent searching and monitoring the Web by 25-40%, according to recent studies.

#### RECENT NEWS & DEVELOPMENTS

**November 9**
VYON reports that VIYYA™ Version 1.7, with patent-pending XCavator™ technology, has received very positive feedback from beta test participants and interest from potential buyers.

**October 26**
VYON signs marketing agreement with IVI Communications. IVI will market, sell, and distribute VIYYA™ to its U.S. subscriber base; both companies will share evenly in all revenue generated.

**October 19**
VYON announces November release of VIYYA™ 1.7, an application for the everyday computer user. Additional versions for professional, advanced, and enterprise users are scheduled for release in the coming months.

#### CEO ADDRESSES MARKET OPPORTUNITY

"Information overload, and decreased productivity as a result, are two of the most critical issues facing the more than 126 million Internet users today," said Viyya CEO John Bay in a recent interview. "This is creating an enormous revenue opportunity for products – like Viyya's software suite – that can enhance a user's online experience, streamline searches, and improve productivity. By eliminating useless information and ensuring that the truly relevant information reaching the user is easily accessible, Viyya will make accessing the Internet a more productive and enjoyable experience, saving users time *and money.*"

*MicroTech Trader is a publication of The Wall Street Small Cap Reporter.*

WSSCR is a news service and information resource that publishes reports for investors following NASD-OTCBB (Over the Counter Bulletin Board) and Micro cap (Pink Sheet) companies. For more information, or to register for our FREE weekly e-newsletter, please call 866-249-4961 or visit www.wsscr.com.

Other WSSCR sites:
*Microtech Trader*
www.microtechtrader.com
*Wall Street Futures*
www.wallstreetfutures.com

If you have received this fax in error, or wish to be removed from our list, please call **1-800-490-0368.**

****** Important Notice and Disclaimer: Please Read ******
Wall Street Futures is a news service of the Wall Street Small Cap Reporter (WSSCR). WSSCR, 866-249-4961, publishes reports providing information on selected companies that it believes have investment potential. WSSCR is not a registered investment advisor or broker-dealer. This report is provided as an information service only, and the statements and opinions in this report should not be construed as an offer or solicitation to buy or sell any security. WSSCR accepts no liability for any loss arising from an investor's reliance on or use of this report. An investment is considered to be highly speculative and should not be considered unless a person can afford a complete loss of investment. WSSCR has been hired as a consultant and paid a fee of $15,000 by a third party for the publication and circulation of this report, and for additional public relations services. This report contains forward-looking statements, which involve risks and uncertainties – including, but not limited to, risks associated with changes in general economic and business conditions, actions of competitors, the extent to which the company is able to develop new services and markets for its services, the time and expense involved in such development activities, the level of demand and market acceptance of the company's services, and/or changes in its business strategies – that may cause actual results to differ materially from those set forth in the forward-looking statements. For further details concerning these risks and uncertainties, please request additional information directly from the company featured above or obtain the SEC filings of the company including the company's most recent annual and quarterly reports.

# Printers Parts Superstore

Dear Sirs,

In response to the complaint brought by The Paper Yard, in regards to receiving unsolicited advertisements. The Paper Yard is or was a customer of ours at one time. We sell printing press parts, equipment, and accessories which are directly associated to his business in the printing industry. This was not unsolicited; we received the fax number directly from the Paper Yard, in order to keep our customers posted on our specials we offer directly to our customers in the printing industry. It is my understanding that this is in no way breaking any laws. I am sorry that the Paper Yard feels this strongly against us trying to save them money for their livelihood, however I can understand their frustration with so many faxes as they frustrate myself sometimes. I can assure you we will no longer notify or fax the Paper Yard again.

Best regards,

Ric Antinori
President

jcl

FILED
JUL 25 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

1249 River Highway Suite D
Mooresville, N.C. 28117

Phone: 1-800-809-0841
Fax: 704-799-2306
Email: apresspart@aol.com
Web site: Printersparts-nc.com