IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated ) ) ) ) Plaintiff, ) ) v. ) ) ) ADVANTAGE HEALTHCARE, AMERILIST, INC., AUTAUGA BOTTLE WATER COMPANY, BLUE JAY, INC., CHELSEA MERCHANT SERVICES, INC., CLASSIC IMPRESSIONS, INC., MAIN LINE GRAPHIC EQUIPMENT, INC., MUTUAL BENEFIT FUNDING CORPORATION, OEM CONNECT, LTD., PRINTERS PARTS SUPERSTORE, SHIELDING STEEL, INC., SPINNAKER PRINTING, THOMAS LOYD, VISION LAB TELECOMMUNICATIONS, INC., WSSCR, INC., and FICTITIOUS DEFENDANTS 1-9, whether singular or plural, who have sent out or caused to be sent out unsolicited advertisements to telephone facsimile machines owned and/or operated by Plaintiffs, and/or all others similarly situated, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, ) ) ) Defendants. ) | Civil Action No. CV-05-115<br><br>05-737 |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, Vision Lab Telecommunications, Inc. ("*Vision Lab*"), gives notice, pursuant to U.S. Const. art. III, § 2, 28 U.S.C. § 1332(d), and 28 U.S.C. § 1446 et. seq. to the Circuit Court of Barbour County, Alabama, and to Brian D. Hancock, Garrison Scott P.C., 2224 P.O. Box 11310, Birmingham, Alabama 35202, as attorney for Plaintiff, and to Defendants, Advantage Healthcare c/o James O. Driscoll, 4710 Bellaire Boulevard, Suite 310, Bellaire, TX 77401, AmeriList, Inc., c/o Ravi Buckredan, 978 Route 45, Suite L2, Pomona, NY 10970, Autauga Bottle Water Company, 244 County Road 165, Autaugaville, AL 36003, Blue Jay, Inc. c/o Jeffrey J. Whitehead, Esq., 2431 West Horizon Ridge Parkway, Suite 110, Henderson, NV 89052, Chelsea Merchant Services, Inc., c/o Joseph Graley, 256 B Cemetery Road, Canterbury, CT 06331, Classic Impressions, Inc., 1045 W. Belmont Avenue, Suite 200, Chicago, IL 60657,

Main Line Graphic Equipment, Inc., c/o Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, Mutual Benefit Funding Corp., 6 Hutton Centre Drive, Suite 1245, Santa Ana, CA 92707, OEM Connect, Ltd., c/o David W. Nash, 32-A Holton Street, Woburn, MA 01801-5205, Printers Parts Superstore, c/o Ric Antinori, 1249 River Highway, Suite D, Mooresville, NC 28117-9088, Shielding Steel, Inc., c/o John P. Miller, 2499 Glades Road, Boca Raton, FL 33431, Spinnaker Printing, 20920 Romita Trail, Boca Raton, FL 33433, Loyd Thomas, 31 Victors Chase, Sugarland, TX 77479, WSSCR, Inc., 720 Brazos Street, Suite 1115, Dallas, TX 78701, that this Defendant has filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "1".

Dated: August 4, 2005

Respectfully submitted,

VISION LAB TELECOMMUNICATIONS

_____
Robert Baugh
Christopher A. Bottcher
Sirote & Permutt, P.C.
2311 Highland Avenue South, Suite 500
Birmingham, Alabama 35205
(205) 930-5101

Timothy J. Rivelli
Blaine C. Kimrey
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60610
(312) 558-5600

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record for all parties to this proceeding by mailing a copy of same by United States mail, properly addressed and first-class postage prepaid, on this ___ day of August, 2005:

Brian D. Hancock, Esq.
GARRISON SCOTT P.C.
P.O. Box 11310
Birmingham, Alabama 35202

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmerList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Classic Impressions, Inc.
1045 W. Belmont Avenue
Suite 200
Chicago, IL 60657

Main Line Graphic Equipment, Inc.

c/o Gelfuso & Lachut Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Mutual Benefit Funding Corp.
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA 92707

OEM Connect Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Printers Parts Superstore
c/o Ric Antinori
1249 River Highway, Suite D
Mooresville, NC 28117-9088

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

Spinnaker Printing
20920 Romita Trail
Boca Raton, FL 33433

Lloyd Thomas
31 Victors Chase
Sugarland, TX 77479

WSSCR, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

_____
OF COUNSEL