## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

THE PAPER YARD, on behalf
of itself and all others
similarly situated

        Plaintiff,

v.

ADVANTAGE HEALTHCARE, AMERILIST, INC., AUTAUGA BOTTLE WATER
COMPANY, BLUE JAY, INC., CHELSEA MERCHANT SERVICES, INC., CLASSIC
IMPRESSIONS, INC., MAIN LINE GRAPHIC EQUIPMENT, INC., MUTUAL BENEFIT
FUNDING CORPORATION, OEM CONNECT, LTD., PRINTERS PARTS SUPERSTORE,
SHIELDING STEEL, INC., SPINNAKER PRINTING, THOMAS LOYD, VISION LAB
TELECOMMUNICATIONS, INC., WSSCR, INC., and FICTITIOUS DEFENDANTS 1-9,
whether singular or plural, who have sent out or caused to be sent out unsolicited advertisements
to telephone facsimile machines owned and/or operated by Plaintiffs, and/or all others similarly
situated, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227,

        Defendants.

Civil Action No.

05-737

2005 AUG -4 P 12: 14

## NOTICE TO PLAINTIFF'S ATTORNEY OF REMOVAL

TO:    Brian D. Hancock, Esq.
       GARRISON SCOTT P.C.
       P.O. Box 11310
       Birmingham, Alabama 35202

Please take notice that Defendant Vision Lab Telecommunications, Inc. ("Vision
Lab"), by and through its undersigned attorneys, has this date filed a Notice of Removal in the
United States District Court for the Middle District of Alabama, Northern Division, to remove
the above-styled cause of action from the Circuit Court of Barbour County, Alabama, to the
United States District Court for the Middle District of Alabama, Northern Division. You are
also advised that a true and correct copy of the Notice of Removal has been filed with Clerk of
the Circuit Court of Barbour County, Alabama, which has effected this removal.

DOCSBHM\1315648\1\

Dated:  August 4, 2005

Respectfully submitted,

VISION LAB TELECOMMUNICATIONS

Timothy J. Rivelli
Blaine C. Kimrey
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60610
(312) 558-5600

Robert Baugh
Christopher A. Bottcher
Sirote & Permutt, P.C.
2311 Highland Ave South, Suite 500
Birmingham, AL  35205
(205) 930-5307

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record for all parties to this proceeding by mailing a copy of same by United States mail, properly addressed and first-class postage prepaid, on this ___ day of August, 2005:

Brian D. Hancock, Esq.
GARRISON SCOTT P.C.
P.O. Box 11310
Birmingham, Alabama  35202

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX  77401

AmerList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY  10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL  36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV  89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT  06331

Classic Impressions, Inc.
1045 W. Belmont Avenue
Suite 200
Chicago, IL  60657

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut Inc.
1193 Reservoir Avenue
Cranston, RI  02920

Mutual Benefit Funding Corp.
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA  92707

OEM Connect Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA  01801-5205

Printers Parts Superstore
c/o Ric Antinori
1249 River Highway, Suite D
Mooresville, NC  28117-9088

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL  33431

Spinnaker Printing
20920 Romita Trail
Boca Raton, FL  33433

Lloyd Thomas
31 Victors Chase
Sugarland, TX  77479

WSSCR, Inc.
720 Brazos Street
Suite 1115
Dallas, TX  78701

_____
OF COUNSEL