**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 15, 2005

# NOTICE OF VOLUNTARY DISMISSAL

Re:   The Paper Yard vs. Advantage Healthcare, et al.
      Civil Action No.  2:05cv737

Pursuant to the Notice of Dismissal filed by the plaintiff on 8/12/05, defendant Printers Parts Superstore has been dismissed as a party to this lawsuit.