IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. 2:05-cv-737-W |

## MOTION FOR *PRO HAC VICE* ADMISSION

TO THE HONORABLE JUDGE OF SAID COURT:

Robert R. Baugh, co-counsel for Vision Lab Telecommunications, Inc. ("Vision Lab"), who is admitted to practice before the Court, moves for the admission of Blaine C. Kimrey to appear before the Court *pro hac vice* for the purpose of representing Defendant Vision Lab in this matter.

1. Blaine C. Kimrey is a member in good standing of the following courts:

| COURT | DATE ADMITTED |
|---|---|
| • U.S. Court of Appeals for 7th Circuit | December 30, 2004 |
| • Southern District of Illinois | November 18, 2004 |
| • Northern District of Illinois | May 19, 2004 |
| • All Illinois State Courts, including the Supreme Court of Illinois | October 21, 2003 |
| • United States Circuit Court of Appeals for the Eighth Circuit | June 14, 1999 |
| • All Kansas State Courts, including the Kansas Supreme Court Date admitted to the Kansas Bar | April 6, 1999 |
| • United States District Court for the District of Kansas | May 24, 1999 |

- All Missouri State Courts, including
    the Missouri Supreme Court
    Date admitted to the Missouri Bar                October 2, 1998
- United States District Court for the
    Western District of Missouri                     October 9, 1999
- United States District Court for the
    Eastern District of Missouri

   2.   A Certificate of Good Standing for Blaine C. Kimrey from the U.S. District Court, Northern District of Illinois is attached to this motion.

   3.   Blaine C. Kimrey has not previously applied for *pro hac vice* admission to this Court.

   4.   The address and phone number for Blaine C. Kimrey is as follows:

   Winston & Strawn, LLP
   35 West Wacker Drive
   Chicago, IL  60610
   Direct Dial:  (312) 558-5795
   Facsimile:  (312) 558-5700
   E-mail:  BKimrey@winston.com

   5.   An Order Granting Application of Mr. Kimrey to Appear and Practice *pro hac vice* is attached for the convenience of the Court.

   Respectfully submitted this 15th day of August, 2005.

   _____
   Robert R. Baugh
   Christopher A. Bottcher
   Attorneys for Defendant
   VISION LAB
   TELECOMMUNICATIONS, INC.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101

-and-

Timothy J. Rivelli
Blaine C. Kimrey
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60610

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15T day of August, 2005, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system.  Notification of such filing will be forwarded to the following via U.S. Mail:

Brian D. Hancock, Esq.
GARRISON SCOTT P.C.
P.O. Box 11310
Birmingham, Alabama  35202

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX  77401

AmerList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY  10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL  36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Classic Impressions, Inc.
1045 W. Belmont Avenue
Suite 200
Chicago, IL 60657

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Mutual Benefit Funding Corp.
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA 92707

OEM Connect Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Printers Parts Superstore
c/o Ric Antinori
1249 River Highway, Suite D
Mooresville, NC 28117-9088

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

Spinnaker Printing
20920 Romita Trail
Boca Raton, FL 33433

Lloyd Thomas
31 Victors Chase
Sugarland, TX  77479

WSSCR, Inc.
720 Brazos Street
Suite 1115
Dallas, TX  78701

_____
Of Counsel



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Blaine C. Kimrey

was duly admitted to practice in this Court on     May 19, 2004

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on
August 12, 2005

Michael W. Dobbins, Clerk of Court
by Enjoli Fletcher
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:05-cv-737-W<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING APPLICATION OF BLAINE C. KIMREY TO APPEAR AND PRACTICE *PRO HAC VICE***

Upon consideration of the Motion of Blaine C. Kimrey that he should be permitted to practice before this Court *pro hac vice* and with local counsel, it is:

ORDERED that Blaine C. Kimrey be permitted to appear and participate as counsel for Vision Lab Telecommunications, Inc. ("Vision Lab") before this Court *pro hac vice* with local counsel in the above litigation, thereby subjecting themselves to the discipline and rules of this Court.

SIGNED this _____ day of _____, 2005.

_____
JUDGE SUSAN RUSS WALKER