IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:05-cv-737-W |

## MOTION FOR *PRO HAC VICE* ADMISSION

TO THE HONORABLE JUDGE OF SAID COURT:

Robert R. Baugh, co-counsel for Vision Lab Telecommunications, Inc. ("Vision Lab"), who is admitted to practice before the Court, moves for the admission of Timothy J. Rivelli to appear before the Court *pro hac vice* for the purpose of representing Defendant Vision Lab in this matter.

1. Timothy J. Rivelli is a member in good standing of the following courts:

| COURT | DATE ADMITTED |
|---|---|
| Wisconsin Eastern Court | February 17, 2004 |
| U.S. Court of Appeals for 3rd Circuit | September 15, 2003 |
| U.S. Supreme Court | January 11, 1993 |
| Northern District of Illinois | December 13, 1979 |
| Illinois Courts | November 5, 1979 |
| U.S. Court of Appeals for 7th Circuit | April 18, 1980 |

2. A Certificate of Good Standing for Timothy J. Rivelli from the U.S. District Court, Northern District of Illinois is attached to this motion.

3. Timothy J. Rivelli has not previously applied for *pro hac vice* admission to this Court.

4. The address and phone number for Timothy J. Rivelli is as follows:

Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60610
Direct Dial: (312) 558-5817
Facsimile: (312) 558-5700
E-mail: TRivelli@winston.com

5. An Order Granting Application of Mr. Rivelli to Appear and Practice *pro hac vice* is attached for the convenience of the Court.

Respectfully submitted this ___15th___ day of August, 2005.

_____
Robert R. Baugh
Christopher A. Bottcher
Attorneys for Defendant
VISION LAB
TELECOMMUNICATIONS, INC.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101

-and-
Timothy J. Rivelli
Blaine C. Kimrey
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60610

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of August, 2005, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system. Notification of such filing will be forwarded to the following via U.S. Mail:

Brian D. Hancock, Esq.
GARRISON SCOTT P.C.
P.O. Box 11310
Birmingham, Alabama 35202

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmerList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Classic Impressions, Inc.
1045 W. Belmont Avenue
Suite 200
Chicago, IL 60657

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Mutual Benefit Funding Corp.
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA 92707

OEM Connect Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Printers Parts Superstore
c/o Ric Antinori
1249 River Highway, Suite D
Mooresville, NC 28117-9088

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

Spinnaker Printing
20920 Romita Trail
Boca Raton, FL 33433

Lloyd Thomas
31 Victors Chase
Sugarland, TX 77479

WSSCR, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

_____
Of Counsel



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Timothy J. Rivelli

was duly admitted to practice in this Court on    December 13, 1979

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on      Michael W. Dobbins, Clerk of Court
August 12, 2005
                         by  Enjoli Fletcher
                             Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:05-cv-737-W |

## ORDER GRANTING APPLICATION OF TIMOTHY J. RIVELLI TO APPEAR AND PRACTICE *PRO HAC VICE*

Upon consideration of the Motion of Timothy J. Rivelli that he should be permitted to practice before this Court *pro hac vice* and with local counsel, it is:

ORDERED that Timothy J. Rivelli be permitted to appear and participate as counsel for Vision Lab Telecommunications, Inc. ("Vision Lab") before this Court *pro hac vice* with local counsel in the above litigation, thereby subjecting themselves to the discipline and rules of this Court.

SIGNED this _____ day of _____, 2005.

_____
JUDGE SUSAN RUSS WALKER