**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2005

NOTICE OF REASSIGNMENT

Re:   The Paper Yard vs. Advantage Healthcare, et al.
      Civil Action No.  2:05cv737-W

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05cv-737-F.   This new case number should be used on all future correspondence and pleadings in this action.