## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2005

## NOTICE OF CORRECTION

**From:**          **Clerk's Office**

**Case Style**      **The Paper Yard vs. Advantage Healthcare, et al.**
                   **Civil Action No.  2:05cv737**

**Referenced Pleading**   **Case reassignment**
                         **Document #10**

This Notice of Correction filed in the above referenced case to attach
pdf previously omitted.