IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all other similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-737-F |
| ) | |
| ADVANTAGE HEALTHCARE, *et al.,* ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motions to Appear Pro Hac Vice filed by Blaine C. Kimrey (Doc. #8) and Timothy J. Rivelli (Doc. #9) on August 15, 2005, 2005, it is hereby

ORDERED that the motions are GRANTED.

DONE this 19th day of August, 2005.

                                          /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE