UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTAGE HEALTHCARE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-cv-737-F<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff The Paper Yard hereby dismisses with prejudice all claims asserted or which could have been asserted against defendant Spinnaker Printing in the above-entitled action. Each party shall bear its own costs and expenses.

Respectfully submitted this 1st day of September, 2005.

Brian D. Hancock (HAN056)
GARRISON SCOTT, P.C.
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Telephone:  (205)326-3336
Facsimile:   (205)326-3332

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing upon the following, by placing a copy of same in the United States mail, postage prepaid, on this the _1st_ day of September 2005.

Connell L. Archey, Esq.
Kantrow, Spaht, Weaver & Blitzer, P.C.
445 North Boulevard
Suite 300
Baton Rouge, LA 70821

Robert Baugh, Esq.
Christopher A. Bottcher, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue South
Suite 500
Birmingham, AL 25205

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmeriList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Mutual Benefit Funding Corporation
c/o Anthony Paduano
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA 92707

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

Thomas Loyd
31 Victors Chase
Sugarland, TX 77479

WSSCR, Inc.
c/o Incorp Services, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

_/s/ Brian Hancock_
Of Counsel