**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 2, 2005

# NOTICE OF VOLUNTARY DISMISSAL

Re: The Paper Yard v. Advantage Healthcare, et al.
    Civil Action No. 2:05cv737-F

Pursuant to the Notice of Dismissal filed by the plaintiff on 9/1/2005, defendant Spinnaker Printing is dismissed from this action.