IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05-cv-737-F |

## JOINT STIPULATION FOR DISMISSAL

It is hereby stipulated that the above-styled action may be dismissed with prejudice, each party to bear their own costs.

_____
Brian D. Hancock, Esq.

**OF COUNSEL**
GARRISON SCOTT P.C.
P.O. Box 11310
Birmingham, Alabama 35202

_____
Robert R. Baugh
Christopher A. Bottcher
Attorneys for Defendant
VISION LAB
TELECOMMUNICATIONS, INC.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101

-and-
Timothy J. Rivelli
Blaine C. Kimrey
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60610