IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05-cv-737-F |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause coming on to be heard, Plaintiff, The Paper Yard, and Defendant, Vision Lab Telecommunications, Inc. ("Vision Lab"), having reached settlement, and the Court being fully advised of the matter:

It is ordered that the class allegations against Vision Lab are deemed withdrawn and the lawsuit against Vision Lab is dismissed, with prejudice, each party to bear its own costs.

Dated _____, 2005.

_____
Honorable Mark E. Fuller