UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTAGE HEALTHCARE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-cv-737-F<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR RELIEF FROM FINAL JUDGMENT

COMES NOW the Plaintiff The Paper Yard and Defendant Vision Lab Telecommunications, Inc. ("Vision Lab"), pursuant to Federal Rule of Civil Procedure 60(a), and would ask this Court to grant Relief from Final Judgment filed on November 18, 2005, as to all Defendants, other than Vision Lab Telecommunications, Inc. ("Vision Lab"), who were before this Court on November 18, 2005. Since the dismissal with prejudice of all Defendants other than Vision Lab was the result of clerical error, Plaintiff and Vision Lab would ask that these Defendants be reinstated as parties to this action. In support thereof, Plaintiff and Vision Lab state the following:

1. Plaintiff executed a Settlement Agreement, Release, and Waiver on October 25, 2005, wherein Plaintiff and Vision Lab agreed to settle the Plaintiff's claims against Vision Lab.

2. Upon receipt of the executed Settlement Agreement, Robert R. Baugh, attorney for Vision Lab, drafted a Joint Stipulation for Dismissal, executed it on behalf of Vision Lab, and forwarded it to Plaintiff's counsel to be signed and filed with the Court.

An Agreed Order of Dismissal with Prejudice was attached. The fully executed Joint Stipulation for Dismissal and Agreed Order of Dismissal have been attached hereto as Exhibit "A".

3. It was never the intention of either the Plaintiff, Vision Lab, or counsel, to dismiss with prejudice the remaining eleven (11) defendants that were also before the Court as parties to this action.

4. Upon filing of the Joint Stipulation for Dismissal, the clerk mistakenly interpreted the document as an agreement to dismiss with prejudice all defendants in this action. Again, this was not the intent of counsel for Plaintiff and Vision Lab when executing the Joint Stipulation for Dismissal. The intent of counsel was to dismiss Vision Lab only.

5. Therefore, Plaintiff and Vision Lab would ask this Court to reinstate this action on the Court's docket and reinstate the following defendants as parties to this action: Advantage Healthcare, AmeriList, Inc., Autauga Bottle Water Company, Blue Jay, Inc., Chelsea Merchant Services, Inc., Thomas Loyd, Main Line Graphic Equipment, Inc., Mutual Benefit Funding Corporation, OEM Connect, Ltd., Shielding Steel, Inc., and WSSCR, Inc.

Respectfully submitted this _22_ day of November, 2005.

_____
Brian D. Hancock, Esq.
Attorney for the Plaintiff
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336

_____
Robert R. Baugh, Esq.
Attorney for Vision Lab
Telecommunications, Inc.
2311 Highland Avenue South
Birmingham, AL 35255
Telephone: (205) 930-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following, by placing a copy of same in the United States mail, postage prepaid, on this the 22 day of November 2005.

Advantage Healthcare
c/o James O. Driscoll
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmeriList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Mutual Benefit Funding Corporation
c/o Anthony Paduano
6 Hutton Centre Drive
Suite 1245
Santa Ana, CA 92707

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street

Woburn, MA 01801-5205

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

Thomas Loyd
31 Victors Chase
Sugarland, TX 77479

WSSCR, Inc.
c/o Incorp Services, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

_____
Of Counsel