# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-cv-737-F |
| ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al., ) ) ) ) | |
| Defendants. ) ) | |

## JOINT STIPULATION FOR DISMISSAL

It is hereby stipulated that the above-styled action may be dismissed with prejudice, each party to bear their own costs.

*[signature]*
Brian D. Hancock, Esq.

**OF COUNSEL**
GARRISON SCOTT P.C.
P.O. Box 11310
Birmingham, Alabama 35202

*[signature]*
Robert R. Baugh
Christopher A. Bottcher
Attorneys for Defendant
VISION LAB
TELECOMMUNICATIONS, INC.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:   (205) 930-5101

-and-
Timothy J. Rivelli
Blaine C. Kimrey
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60610

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANTAGE HEALTHCARE; VISION LAB TELECOMMUNICATIONS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05-cv-737-F |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause coming on to be heard, Plaintiff, The Paper Yard, and Defendant, Vision Lab Telecommunications, Inc. ("Vision Lab"), having reached settlement, and the Court being fully advised of the matter:

It is ordered that the class allegations against Vision Lab are deemed withdrawn and the lawsuit against Vision Lab is dismissed, with prejudice, each party to bear its own costs.

    Dated _____, 2005.

_____
Honorable Mark E. Fuller