IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all other similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-737-F |
| ) | |
| ADVANTAGE HEALTHCARE, *et al.,* ) ) | |
| Defendants. ) | |

# **ORDER**

This cause is before the Court on the Joint Motion for Relief from Final Judgment (Doc. # 17). By this motion the parties seek to modify the final judgment (Doc. # 16) entered by this Court after receiving the Joint Stipulation of Dismissal (Doc. #15) filed by the parties on November 17, 2005. Due to a clerical error in the Joint Stipulation of Dismissal, the parties inadvertently stipulated to the dismissal of the action, rather than the dismissal of all claims against Defendant Vision Lab Telecommunications, Inc. For good cause shown, it is hereby ORDERED as follows:

(1) The Joint Motion for Relief from Final Judgment (Doc. # 17) is GRANTED.

(2) The Final Judgment (Doc. # 16) is hereby AMENDED to indicate that it is an Order and not a final judgment and that all claims against Vision Lab Telecommunications, Inc. are DISMISSED WITH PREJUDICE with costs and expenses taxed as paid.

(3) The Clerk of the Court is directed to reopen this file. All of Plaintiff's claims against the following Defendants are REINSTATED and remain pending: Advantage

Healtcare; AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Thomas Loyd; Main Line Graphic Equipment, Inc.; Mutual Benefit Funding Corporation; OEM Connect, Ltd.; Shielding Steel, Inc.; and WSSCR, Inc.

(4) Plaintiff's counsel shall file a report on the status of the attempts to serve the following defendants by no later than **December 15, 2005:** Advantage Healtcare; AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Thomas Loyd; Main Line Graphic Equipment, Inc.; Mutual Benefit Funding Corporation; OEM Connect, Ltd.; Shielding Steel, Inc.; and WSSCR, Inc.

DONE this 28th day of November, 2005.

            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE