UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVANTAGE HEALTHCARE, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 2:05-cv-737-F |

### STATUS REPORT ON SERVICE OF PROCESS

COMES NOW the Plaintiff The Paper Yard, pursuant to an Order entered by this Court on November 28, 2005, and to the best of the Plaintiff's knowledge and information reports to the Court the status of service of process on the following defendants:

1. **Advantage Healthcare:** Service of Process was attempted via certified mail on July 5, 2005. On October 13, 2005, it was reported by the Barbour County Circuit Court that the Summons and Complaint were returned for the following reason: certified mail was unclaimed.

2. **AmeriList, Inc.:** This defendant was served via certified mail on July 8, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

3. **Autauga Bottle Water Company:** This defendant was served via certified mail on July 6, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

4. **Blue Jay, Inc.:** This defendant was served via certified mail on July 8, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

5. **Chelsea Merchant Services, Inc.:** This defendant was served via certified mail on July 13, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

6. **Thomas Loyd:** Service of Process was attempted via certified mail on July 5, 2005. It was subsequently reported by the Barbour County Circuit Court that the Summons and Complaint were returned on July 14, 2005 for the following reason: undeliverable at address.

7. **Main Line Graphic Equipment, Inc.:** This defendant was served via certified mail on July 14, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

8. **Mutual Benefit Funding Corporation:** Service of Process was attempted via certified mail on July 5, 2005. It was subsequently reported by the Barbour County Circuit Court that the Summons and Complaint were returned on August 11, 2005 for the following reason: party moved.

9. **OEM Connect Ltd.:** Service of Process was attempted via certified mail on July 5, 2005. It was subsequently reported by the Barbour County Circuit Court that the Summons and Complaint were returned on July 15, 2005 for the following reason: being refused. Plaintiff has retained the services of a professional process server and is currently attempting to re-serve this defendant at the address provided in the Summons attached to the original Complaint (32A Holton Street, Woburn, MA 01801).

10. **Shielding Steel, Inc.:** This defendant was served via certified mail on July 7, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

11. **WSSCR, Inc.:** This defendant was served via certified mail on July 8, 2005, and has failed to plead or otherwise defend as provided for under the Federal Rules of Civil Procedure.

Respectfully submitted this ___14___ day of December, 2005.

_____
Brian D. Hancock, Esq. (HAN056)
Attorney for the Plaintiff
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(a) of the Federal Rules of Civil Procedure, no service need be made on parties in default for failure to appear. Therefore, no attempt at service of process of this document has been made on the following defendants: AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Main Line Graphic Equipment, Inc.; Shielding Steel, Inc.; and WSSCR, Inc.

Plaintiff has no knowledge or information as to the current address of the following defendants: Thomas Loyd and Mutual Benefit Funding Corporation.

I hereby certify that I have served a copy of the above and foregoing upon the following, by placing a copy of same in the United States mail, postage prepaid, on this the 14 day of December 2005.

Advantage Healthcare
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

OEM Connect, Ltd.
32A Holton Street
Woburn, MA 01801-5205

Brian D. Hancock (HAN056)

4