IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-cv-737-F |
| | ) |
| ADVANTAGE HEALTHCARE, et al., | ) |
| | ) |
|    DEFENDANTS. | ) |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby provides notice to the plaintiff that the Court finds that plaintiff has failed to cause service to be made upon the following defendants to this action within 120 days after the filing of the Complaint in this action on July 5, 2005: Advantage Healthcare, Thomas Loyd, Mutual Benefit Funding Corporation, and OEM Connect Ltd. It is the present intention of this Court to dismiss all claims against Advantage Healthcare, Thomas Loyd, Mutual Benefit Funding Corporation, and OEM Connect Ltd. without prejudice on **December 30, 2005**, unless plaintiff shows good cause for its failure to comply with Federal Rule of Civil Procedure 4 before that date.

DONE this 15th day of December, 2005.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE