IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-cv-737-F |
| | ) |
| ADVANTAGE HEALTHCARE, et al., | ) |
| | ) |
|     DEFENDANTS. | ) |

## ORDER

According to counsel for plaintiff, AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Main Line Graphic Equipment, Inc.; Shielding Steel, Inc.; and WSSCR, Inc. were served with summons and complaint in early July of 2005 and have not answered or otherwise responded. Nevertheless, as of the date of this Order, plaintiff has made no effort to further prosecute this action against these defendants and has not sought entry of default. It is hereby ORDERED that plaintiff show cause by no later than December 30, 2005 why its claims against the following defendants should not be dismissed without prejudice for want of prosecution: AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Main Line Graphic Equipment, Inc.; Shielding Steel, Inc.; and WSSCR, Inc.

DONE this the 15th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE