# In the United States District Court
# For the MIDDLE District of Alabama
## NORTHERN DIVISION

The Paper Yard, on behalf of itself and all others similarly situated,

**Plaintiff(s)**

vs.

Advantage Healthcare, et al.

**Defendant(s)**

ALIAS **SUMMONS**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION CASE NUMBER:

2:05-cv-737-F

TO DEFENDANT _____

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Brian D. Hancock
GARRISON SCOTT, P.C.
2224 1st Avenue North
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within __20__ days aft service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 12/19/05

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NOTE: A separate summons must be prepared for each defendant.