UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTAGE HEALTHCARE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-cv-737-F<br>)<br>)<br>)<br>) |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AND SUPPORTING AFFIDAVIT**

The clerk is requested to enter default against the defendant, **AMERILIST, INC.**, a corporation, in the above action for failure to plead, answer or otherwise defend as set out in the affidavit attached hereto as Exhibit "A".

_____
Brian D. Hancock (HAN056)
Attorney for Plaintiff

OF COUNSEL:

GARRISON SCOTT, P.C.
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Telephone:   (205)326-3336
Facsimile:    (205)326-3332

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the following, by placing a copy of same in the United States mail, postage prepaid, on this the 20 day of December 2005.

AmeriList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

WSSCR, Inc.
c/o Incorp Services, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

_____
Of Counsel