UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-737-F |
| | ) |
| ADVANTAGE HEALTHCARE, et al., | ) |
| | ) |
| Defendants. | ) |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT
### AND SUPPORTING AFFIDAVIT

The clerk is requested to enter default against the defendant, **CHELSEA**

**MERCHANT SERVICES, INC.,** a corporation, in the above action for failure to plead,

answer or otherwise defend as set out in the affidavit attached hereto as Exhibit "A".


Brian D. Hancock (HAN056)
Attorney for Plaintiff


OF COUNSEL:

GARRISON SCOTT, P.C.
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Telephone:    (205)326-3336
Facsimile:    (205)326-3332

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the following, by placing a copy of same in the United States mail, postage prepaid, on this the _20_ day of December 2005.

Advantage Healthcare
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmeriList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

2

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

WSSCR, Inc.
c/o Incorp Services, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

Of Counsel