IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:05-cv-737-F |
| | ) |
| ADVANTAGE HEALTHCARE, *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

It is hereby ORDERED that all claims against Advantage Healthcare, Thomas Loyd, Mutual Benefit Funding Corporation, and OEM Connect Ltd. are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).  Nothing in this Order is intended to prejudice any of Plaintiff's claims against any other defendant.

DONE this 3rd day of January, 2006.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE