IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANTAGE HEALTHCARE, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 2:05-cv-737-MEF |

## ENTRY OF DEFAULT

It appearing that defendant Chelsea Merchant Services, Inc., a corporation, was duly served with a copy of the summons and complaint on July 13, 2005, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on December 20, 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Chelsea Merchant Services, Inc.

DONE THIS  19th day of   January, 2006  .

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA