IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THE PAPER YARD, on behalf of itself and ) 
all others similarly situated, )
                                              )
         Plaintiff, )
                                               )
v. )         Civil Action No. 2:05-cv-737-MEF
                                               )
ADVANTAGE HEALTHCARE, et al. )
                                               )
         Defendants. )
                                              )

## ENTRY OF DEFAULT

It appearing that defendant Shielding Steel, Inc., a corporation, was duly served with a copy of the summons and complaint on July 7, 2005, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application  filed herein on December 20, 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Shielding Steel, Inc.

DONE THIS  19th day of   January, 2006  .

/s/ Debra P. Hackett

_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA