PMH:tl-05-291 01-12-06

RECEIVED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

PAPER YARD             :
                       :
VS.                    :         C.A.NO.: 25-cv-737-W
                       :
VISION LAB TELECOMMUNICATIONS, INC.:

## ENTRY OF APPEARANCE

Now comes the undersigned and hereby enters her appearance on behalf of the Defendant Main Line Graphics, Inc.

                Plaintiff,
                By It's Attorney,

*McKiernan Thompson & Millea*

_____
Patricia M. Hessler, Esquire(#6866)
243 North Main Street
Providence, RI 02903
(401) 223-1400 (Phone)
(401) 223-1401 (fax)

## CERTIFICATION

I, the undersigned, do hereby certify I mailed by first class mail, postage prepaid, a true and accurate copy of the within Entry to Brian D. Hancock, Esq. Garrison Scott, P.C., P.O. Box 11310, Birmingham, Alabama 35202 on the 19th day of January, 2006.

_____
*McKiernan Thompson & Millea*