## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 13, 2006

### *NOTICE OF DEFICIENCY*

Patricia M. Hessler
243 North Main Street
Providence, RI 02903

Re:  The Paper Yard v. Advantage Healthcare et al
     Civil Action No. 2:05-cv-00737-MEF

Dear Sir or Madam:

  Our records reflect that you have not been admitted to practice in this Court.  This court requires that any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides, or regularly practices by law, may, upon request, be admitted pro hac vice by an order of the judge of this Court.  Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission pro hac vice as set out herein, or be admitted to this Court generally.

  Therefore, within the time limit set out above, you are required to petition Chief Judge Mark E. Fuller  to whom this case is assigned, for admittance pro hac vice.

  An original certificate of good standing from the U.S. District Court for the district in which you reside must be attached to your motion for admission pro hac vice.  There is a $20 fee for each pro hac vice admittance.

        Sincerely,

        DEBRA P. HACKETT, Clerk


        By:
          Deputy Clerk

DPH