UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTAGE HEALTHCARE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-cv-737-MEF<br>)<br>)<br>)<br>) |

## STATUS REPORT ON PLAINTIFF'S CLAIMS

COMES NOW the Plaintiff The Paper Yard, pursuant to an Order entered by this Court on March 27, 2006, and to the best of the Plaintiff's knowledge and information reports to the Court the status of Plaintiff's claims against the following defendants:

1. **AmeriList, Inc.:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

2. **Autauga Bottle Water Company:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

3. **Blue Jay, Inc.:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

4. **Chelsea Merchant Services, Inc.:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

5. **Main Line Graphic Equipment, Inc.:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

6. **Shielding Steel, Inc.:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

7. **WSSCR, Inc.:** Plaintiff applied for entry of default on December 20, 2005. Default was entered on January 19, 2006.

Respectfully submitted this 31st day of March, 2006.

_____
Brian D. Hancock, Esq. (HAN056)
Attorney for the Plaintiff
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336

## CERTIFICATE OF SERVICE

      Pursuant to Rule 5(a) of the Federal Rules of Civil Procedure, no service need be made on parties in default for failure to appear. Therefore, no attempt at service of process of this document has been made on the following defendants: AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Main Line Graphic Equipment, Inc.; Shielding Steel, Inc.; and WSSCR, Inc.

                                                                Brian D. Hancock (HAN056)