UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANTAGE HEALTHCARE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-cv-737-F<br>)<br>)<br>)<br>) |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, by and through undersigned counsel, and would show unto the Court as follows:

1. Plaintiff applied for entry of default against Defendant AmeriList, Inc. on December 20, 2005. Default was entered on January 19, 2006.

2. Plaintiff applied for entry of default against Defendant Autauga Bottle Water Company on December 20, 2005. Default was entered on January 19, 2006.

3. Plaintiff applied for entry of default against Defendant Blue Jay, Inc. on December 20, 2005. Default was entered on January 19, 2006.

4. Plaintiff applied for entry of default against Defendant Chelsea Merchant Services, Inc. on December 20, 2005. Default was entered on January 19, 2006.

5. Plaintiff applied for entry of default against Defendant Main Line Graphic Equipment, Inc. on December 20, 2005. Default was entered on January 19, 2006.

6. Plaintiff applied for entry of default against Defendant Shielding Steel, Inc. on December 20, 2005. Default was entered on January 19, 2006.

7. Plaintiff applied for entry of default against Defendant WSSCR, Inc. on December 20, 2005. Default was entered on January 19, 2006.

WHEREFORE PREMISES CONSIDERED, Plaintiff now requests this honorable Court to enter a default judgment against these Defendants pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiff would also request a hearing be set so that damages may be proven to the Court.

Respectfully submitted,

_____
Brian D. Hancock (HAN056)
Attorney for Plaintiff

OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Telephone:  (205)326-3336
Facsimile:  (205)326-3332

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(a) of the Federal Rules of Civil Procedure, no service need be made on parties in default for failure to appear. Therefore, no attempt at service of process of this document has been made on the following defendants: AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; Main Line Graphic Equipment, Inc.; Shielding Steel, Inc.; and WSSCR, Inc.

_____
Brian D. Hancock (HAN056)