## **MINUTES**

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

    Honorable Mark E. Fuller,         AT MONTGOMERY, AL

DATE COMMENCED:    7-12-06            AT 9:10 a.m.
DATE COMPLETED:    7-12-06            AT 9:45 a.m

The Paper Yard                   )
                                 )
    vs.                          )     CV NO. 2:05CV737-MEF
                                 )
Advantage Healthcare, et al.     )
```
_____
     Plaintiff            APPEARANCES      Defendant
Brian D. Hancock
_____
                   Court Officials Present:

Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
                   COURTROOM PROCEEDINGS

7/12/06 Motion for Default Judgment

```
    9:10 a.m. -    Court reconvenes.
                   Discussions are heard regarding damages on
                   behalf of the plaintiff.
                   Plaintiff Motions the Court to Dismiss
                   Classic Impressions from this action.
                   Court GRANTS Oral Motion to Dismiss.
                   Plaintiff Motions the Court to Dismiss Mail
                   Line Graphic Equipment, Inc. from this
                   action.
                   Court GRANTS Oral Motion to Dismiss.
                   Plaintiff Motions the Court to Dismiss WSSCR,
                   Inc. from this action.
                   Court GRANTS Oral Motion to Dismiss.
                   There are five dfts. left to include -
                   AmeriList, Inc., Augauga Bottle Water Co.,
                   Blue Jay, Inc., Chelsea Merchant Services,
                   Inc. and Shielding Steel, Inc.
                   Plaintiffs would like to dismiss their
                   Conversion claims at this time.
```

|  |  |
|---|---|
|  | Court GRANTS Oral Motion to Dismiss Conversion claim.<br>Plaintiff will waive claim for injuctive relief.<br>Court will GRANT that request.<br>Plaintiff calls Sally Garrison to testify.<br>Plaintiff may supplement his Motion for Default Judgment as to costs by Friday, July 14, 2006.<br>Plaintiff is only seeking monetary damages at this time. |
| 9:45 a.m. - | Court is in recess. |