| | PLAINTIFS EXHIBITS<br><br>CA NO. 2:05CV737-F | | | | | THE PAPER YARD<br><br>vs<br><br>ADVANTAGE HEALTHCARE, ET AL. | |
|---|---|---|---|---|---|---|---|
| **DEFAULT JUDGMENT HEARING** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** | |
| exhibits with court file in separate binder | | | | | | **Court Reporter:** James R. Dickens | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | 7/12/06 | 7/12/06 | 1 | | | Faxes from AmeriList (5) | |
| YES | 7/12/06 | 7/12/06 | 2 | | | Designer Labeled Bottled Water Fax (1) | |
| YES | 7/12/06 | 7/12/06 | 3 | | | Blue Jay, Inc. Faxes (3) | |
| YES | 7/12/06 | 7/12/06 | 4 | | | Chelsea Merchant Services, Inc. Fax (1) | |
| YES | 7/12/06 | 7/12/06 | 5 | | | Shielding Steel Faxes (4) | |

Case 2:05-cv-00737-MEF-SRW    Document 45-2    Filed 07/12/2006    Page 2 of 2