IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| The Paper Yard | ) | |
| | ) | |
| | ) | |
| vs. | ) | CV NO. 2:05CV737-F |
| | ) | |
| | ) | Default Judgment Hearing: 7/12/06 |
| Advantage Healthcare, et al. | | Before: Honorable Mark E. Fuller |

**WITNESS LIST**

PLAINTIFF                                                                                           DEFENDANT

Sally Garrison