IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, on behalf of itself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-737-F ) |
| ADVANTAGE HEALTHCARE, et al., | ) ) |
| Defendants. | ) |

## APPLICATION FOR AWARD OF COSTS IN DEFAULT JUDGMENT

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to the Court's Oral Order entered on July 12, 2006, Plaintiff hereby supplements its prayer for relief on default judgment by seeking costs against the following defendants: AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; and Shielding Steel, Inc.  The amount of total costs sought from the defendants is $236.67 as evidenced by the job ledger reports attached hereto as Exhibit "A".

/s/ Brian D. Hancock
Brian D. Hancock (HAN056)
Attorney for Plaintiff
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone:   (205)326-3336
Facsimile:   (205)326-3332
Email: bdhancock@hgdlawfirm.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(a) of the Federal Rules of Civil Procedure, no service need be made on parties in default for failure to appear where no new or additional claim for relief is asserted.  Therefore, no attempt at service of this document has been made on Defendants AmeriList, Inc., Autauga Bottle Water Company, Blue Jay, Inc., Chelsea Merchant Services, Inc., and Shielding Steel, Inc..

/s/ Brian D. Hancock
Brian D. Hancock
Attorney for Plaintiff

2