# EXHIBIT "A"

7/14/06 at 08:27:27.77                                                                                                                                                      Page: 1

Garrison Scott, P.C.
## Job Ledger Report
For the Period From Jun 1, 2002 to Jul 31, 2006

Filter Criteria includes: 1) IDs from 05038 to 05038. Report order is by ID. Report is printed including Balance Forward.

| Job ID | Phase ID | Cost Code ID | GL Acct ID | Trx Date | Trans Description | Jrnl | Trans | Amount | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 05038 | COPIES/PO | | 11000 | 5/6/05 | COPIES 5/1-5/05 | GENJ | COPIE | 34.20 | |
| | | | | 5/13/05 | COPIES 5/6-12/05 | GENJ | COPIE | 173.10 | |
| | | | | 5/20/05 | COPIES 5/13-19/05 | GENJ | COPIE | 57.90 | |
| | | | | 6/10/05 | COPIES 6/1-9/05 | GENJ | COPIE | 39.90 | |
| | | | | 6/30/05 | COPIES 6/24-30/05 | GENJ | COPIE | 6.30 | |
| | | | | 7/8/05 | COPIES 7/1-7/05 | GENJ | COPIE | 202.50 | |
| | | | | 7/15/05 | COPIES 7/8-14/05 | GENJ | COPIE | 0.30 | |
| | | | | 7/22/05 | COPIES 7/15-21/05 | GENJ | COPIE | 21.30 | |
| | | | | 7/31/05 | COPIES 7/22-31/05 | GENJ | COPIE | 0.30 | |
| | | | | 8/11/05 | COPIES 8/1-10/05 | GENJ | COPIE | 18.60 | |
| | | | | 8/23/05 | COPIES 8/11-23/05 | GENJ | COPIE | 13.80 | |
| | | | | 8/31/05 | COPIES 8/24-31/05 | GENJ | COPIE | 1.20 | |
| | | | | 9/27/05 | COPIES 9/1-26/05 | GENJ | COPIE | 0.60 | |
| | | | | 10/21/05 | COPIES 10/1-20/05 | GENJ | COPIE | 1.80 | |
| | | | | 10/31/05 | COPIES 10/21-31/05 | GENJ | COPIE | 8.70 | |
| | | | | 11/14/05 | COPIES 11/1-13/05 | GENJ | COPIE | 27.60 | |
| | | | | 11/30/05 | COPIES 11/14-30/05 | GENJ | COPIE | 30.00 | |
| | | | | 12/20/05 | COPIES 12/1-19/05 | GENJ | COPIE | 27.60 | |
| | | | | 12/31/05 | COPIES 12/20-31/05 | GENJ | COPIE | 75.60 | |
| | | | | 1/6/06 | COPIES 1/1-5/06 | GENJ | COPIE | 1.50 | |
| | | | | 2/10/06 | COPIES 2/1-9/06 | GENJ | COPIE | 0.60 | |
| | | | | 2/24/06 | Copies 2/17-23/06 | GENJ | Copies2 | 3.60 | |
| | | | | | | | | | 747.00 |
| | DELIVERY | | 11000 | 12/21/05 | CHARLES GRILLO - PROCESS SERVER | CDJ | 16017 | 65.00 | |
| | | | | | | | | | 65.00 |
| | FILINGFEE | | 11000 | 7/1/05 | DAVID S. NIX, BARBOUR COUNTY - Filing Fees | CDJ | 15112 | 344.00 | |
| | | | | | | | | | 344.00 |
| | MONIES | | 11000 | 10/21/05 | GARRISON SCOTT, P.C. - EXPENSES (05-038) | CRJ | 4910 | -1,292.23 | |
| | | | | 1/4/06 | GARRISON SCOTT, P.C. - EXPENSES | CRJ | 4958 | -78.40 | |
| | | | | | | | | | -1,370.63 |
| | POSTAGE | | 11000 | 7/1/05 | 7/1/05 - POSTAGE | GENJ | PETTY | 9.50 | |
| | | | | 7/8/05 | POSTAGE 7/1-7/05 | GENJ | POSTA | 42.49 | |
| | | | | 7/14/05 | POSTAGE 7/8-14/05 | GENJ | POSTA | 0.37 | |
| | | | | 7/31/05 | POSTAGE 7/22-31/05 | GENJ | POSTA | 0.37 | |
| | | | | 8/11/05 | POSTAGE 8/1-10/05 | GENJ | POSTA | 6.89 | |
| | | | | 8/23/05 | POSTAGE 8/11-23/05 | GENJ | POSTA | 7.49 | |
| | | | | 8/31/05 | POSTAGE 8/24-31/05 | GENJ | POSTA | 0.37 | |
| | | | | 9/27/05 | POSTAGE 9/1-26/05 | GENJ | POSTA | 1.11 | |
| | | | | 9/30/05 | POSTAGE 9/27-30/05 | GENJ | POSTA | 3.85 | |
| | | | | 10/21/05 | POSTAGE 10/1-20/05 | GENJ | POSTA | 1.85 | |
| | | | | 10/31/05 | POSTAGE 10/21-31/05 | GENJ | POSTA | 2.86 | |
| | | | | 11/30/05 | POSTAGE 11/14-30/05 | GENJ | POSTA | 5.59 | |
| | | | | 12/20/05 | POSTAGE 12/1-19/05 | GENJ | POSTA | 9.92 | |
| | | | | 12/31/05 | POSTAGE 12/20-31/05 | GENJ | POSTA | 14.05 | |
| | | | | 1/6/06 | POSTAGE 1/1-5/06 | GENJ | POSTA | 0.74 | |
| | | | | | | | | | 107.45 |
| | UPS | | 11000 | 12/24/05 | UNITED PARCEL SERVICE - CHARLES GRILLO | PJ | 00005Y | 19.41 | |
| | | | | 12/24/05 | UNITED PARCEL SERVICE - CHARLES GRILLO | PJ | 00005Y | 1.97 | |

7/14/06 at 08:27:27.91                                                                                                           Page: 2

Garrison Scott, P.C.
Job Ledger Report
For the Period From Jun 1, 2002 to Jul 31, 2006

Filter Criteria includes: 1) IDs from 05038 to 05038. Report order is by ID. Report is printed including Balance Forward.

| Job ID | Phase ID | Cost Code ID | GL Acct ID | Trx Date | Trans Description | Jrnl | Trans | Amount | Totals |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 21.38 |
| | WESTLAW | | 11000 | 6/14/05 | WEST GROUP PAYMENT CENTER - RESEARCH FOR 05-038 | PJ | 809050 | 196.46 | |
| | | | | 7/19/05 | WEST GROUP PAYMENT CENTER - RESEARCH FOR 05-038 | PJ | 809236 | 3.30 | |
| | | | | 8/16/05 | WEST GROUP PAYMENT CENTER - RESEARCH FOR PAPER YARD | PJ | 809421 | 43.21 | |
| | | | | 9/27/05 | WEST GROUP PAYMENT CENTER - RESEARCH FOR 05-038 | PJ | 809622 | 62.82 | |
| | | | | 2/10/06 | WEST GROUP PAYMENT CENTER - RESEARCH FOR 05-038 | PJ | 810690 | 13.35 | |
| | | | | | | | | | 319.14 |
| 05038 | Total | | | | | | | | 233.34 |
| Report | Total | | | | | | | | 233.34 |

7/14/06 at 08:23:27.32                                                                                                              Page: 1

# Heninger, Garrison & Davis, LLC
## Job Ledger Report
### For the Period From May 1, 2002 to Jul 31, 2006

Filter Criteria includes: 1) IDs from 05038 to 05038. Report order is by ID. Report is printed including Balance Forward.

| Job ID | Phase ID | GL Acct ID | Trx Date | Trans Description | Amount | Totals |
|--------|----------|------------|----------|-------------------|--------|--------|
| 05038  | Copies   | 11000      | 6/12/06  | Copies 6/1-11/06  | 2.70   |        |
|        |          |            |          |                   |        | 2.70   |
|        | Postage  | 11000      | 6/11/06  | Postage 6/1-11/06 | 0.63   |        |
|        |          |            |          |                   |        | 0.63   |
| 05038  | Total    |            |          |                   |        | 3.33   |
| Report | Total    |            |          |                   |        | 3.33   |