IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PAPER YARD, | ) |
|     PLAINTIFF, | ) ) ) |
| v. | )   CASE NO. 2:05-cv-737-MEF |
| ADVANTAGE HEALTHCARE, *et al.,* | ) )   (WO- Not Recommended for Publication) |
|     DEFENDANTS. | ) ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court and upon consideration of the testimony presented at the hearing on damages and the record as a whole, it is ORDERED and ADJUDGED as follows:

1) Judgment is ENTERED against AmeriList, Inc. and in favor of Plaintiff, The Paper Yard, in the amount of $4,500.00.

2) Judgment is ENTERED against Autauga Bottle Water Company and in favor of Plaintiff, The Paper Yard, in the amount of $500.00.

3) Judgment is ENTERED against Blue Jay, Inc. and in favor of Plaintiff, The Paper Yard, in the amount of $2,500.00.

4) Judgment is ENTERED against Chelsea Merchant Services, Inc. and in favor of Plaintiff, The Paper Yard, in the amount of $500.00.

5) Judgment is ENTERED against Shielding Steel, Inc. and in favor of Plaintiff, The Paper Yard, in the amount of $4,000.00.

6) It is further ORDERED that the following defendants: AmeriList, Inc.; Autauga Bottle Water Company; Blue Jay, Inc.; Chelsea Merchant Services, Inc.; and Shielding Steel, Inc. shall be jointly and severally liable to Plaintiff, the Paper Yard for $236.67 in costs which are hereby TAXED against them.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 18th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE