UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THE PAPER YARD**, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**AUTAUGA BOTTLE WATER COMPANY**, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-cv-737-MEF<br>)<br>)<br>)<br>)<br>) |

### SATISFACTION OF JUDGMENT

COMES NOW the plaintiff in the above-styled cause, and states that the above case has been satisfied by the defendant **AUTAUGA BOTTLE WATER COMPANY**.

                                                           s/ BRIAN D. HANCOCK
                                                           Brian D. Hancock (ABS-0874-B65H)
                                                           Attorney for the Plaintiff

OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL  35203
Telephone:   (205)326-3336
Facsimile:   (205)326-3332
E-mail:   bdhancock@hgdlawfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above and foregoing pleading upon the following, by placing a copy of same in the United States mail, postage prepaid, on this the 21st June 2007.

Advantage Healthcare
4710 Bellaire Boulevard
Suite 310
Bellaire, TX 77401

AmeriList, Inc.
c/o Ravi Buckredan
978 Route 45
Suite L2
Pomona, NY 10970

Autauga Bottle Water Company
244 County Road 165
Autaugaville, AL 36003

Blue Jay, Inc.
c/o Jeffrey J. Whitehead, Esq.
2431 West Horizon Ridge Parkway
Suite #110
Henderson, NV 89052

Chelsea Merchant Services, Inc.
c/o Joseph Graley
256 B Cemetery Road
Canterbury, CT 06331

Main Line Graphic Equipment, Inc.
c/o Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

OEM Connect, Ltd.
c/o David W. Nash
32A Holton Street
Woburn, MA 01801-5205

Shielding Steel, Inc.
c/o John P. Miller
2499 Glades Road
Boca Raton, FL 33431

WSSCR, Inc.
c/o Incorp Services, Inc.
720 Brazos Street
Suite 1115
Dallas, TX 78701

                                              s/ BRIAN D. HANCOCK
                                              Of Counsel